# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 12 2022**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

*(To be supplied by the court)*

_Khalfan Khamis Mohamed_____, Plaintiff

v.

_English, Case manager, Ind. & off capacities_

_Harvey, Unit Manager, Ind & Off. Capacities,_

_Wiese, corr. counselor, Ind & off. capacities,_

_Crolli, warden, ind & off. capacities_, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Khaifan Kh. Mohamed, Reg. 44623-054, U.S.P. Max, BOX 8500, Flor., Co 81226-
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
_✓_ Convicted and sentenced federal prisoner
____ Other: *(Please explain)* _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: English, Case Manager, Not Known _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No *(check one)*. Briefly explain:

He was on duty and employed by the BOP at ADX in all revelant times.

_____

Defendant 1 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

2-

Defendant 2: Harvey, Unit Manager, Not known.
                (Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

He was on duty and employed by BOP at ADX in all relevant times.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: Wiese, correctional counselor, Not known.
                (Name, job title, and complete mailing address)

He was on duty and employed by BOP at ADX in all relevant times.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*).  Briefly explain:

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.


## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    42 U.S.C. § 1983 (state, county, and municipal defendants)

✓    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓    Other: (*please identify*) FRA

Crolli, Warden, Not Known*
Sued under Individual and official capacities
He was on duty and employed by BOP at ADx in all relevant times.

---

* NOTE ON THE CLAIMS, DEFENDANTS, THEIR CAPACITIES, AND RELIEF

CLAIMS: There are four (4) claims alleged in this complaint; The first three claims are statutory claims, based on RFRA alleged violation. The last and the fourth claim is constitutional, based on alleged violation of the Fifth Amendment.

HOWEVER, THERE IS NO CLAIM herein based on the ADx's decision to encumber my account... I never included claim based on that act because on that issue I was provided with the grievance form.... See Infra at. 148-155. While I was denied the same form after I filed the above one... The form that was denied was intended for the deprivation of social calls, commissary, and T.V..., an act that constitute the alleged discrimination... This complaint is a result of that ADx's deprivation and discrimination... Issues I was denied to file against.

BIVENS claim: claim four is such claim. See Infra at. 160-61.

DEFENDANTS: Four are named; 3 of the Unit Team: U-manager, Harvey, C-manager English, and Counselor Wiese. Fourth defendant is warden Crolli.

CAPACITIES: All are sued under both, individual and official capacities, and all are defendants in all 4-claims.

RELIEF: Damages are sought from each and all defendants. But that damage is only based on the defendants' individual capacities. Injunctive relief is sought from each and all defendants, based on their official capacities...

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>VIOLATION OF RFRA, AGAINST ALL DEFENDANTS (BACK GROUND) FACTS:</u>

Supporting facts:

1- All the events described in this complaint, unless stated otherwise, occurred here in D-Unit, ADX-Florence, at Range C-upper. Similarly, the cell numbers when provided, shall mean one of the cells within that range.

2- I was convicted and sentenced to life + 40 years in prison, in 2001.

3- The sentencing court also ordered me (and my co-defendants) to pay $30+ millions in fines and restitution.

4- The Courts ordered on October 18, 2001 in the manner I should pay with my co-defendants, as follow:

Unless and until this order of Restitution is amended by virtue of discovery of funds or some other significant change in defendants economic condition, restitution shall be made by each defendant at the rate of $25.00 per quarter if, but only if the defendant is engaged in a BOP non-UNICOR program, and at the rate of $50.00 per quarter if the defendant participate in the BOP's UNICOR as a grade 1 through 4. It is further provided that no payment shall be made out of a defendant's account except in accordance with 28 C.F.R. §545 and, that no payment shall be made which will reduce any defendants commissary funds bellow $75 in any calender month.

5- In late 2001, I arrived here at ADX. I was initially housed in the H-unit under Special Administrative Measures "SAMs" restrictions along with some of my co-defendants until November 2015.

6- Sometimes between 2005 and 2007 or so, the H-unit staff brought out the issue of paying the above restitution. But me and my co-defendants stated that we should be exempt because we didn't receive enough money for the necessary payments.

7- It was then determined by the ADX-Legal Department and the H-unit staff that, according to the court's order, we couldn't be asked to pay unless we received above $75 per month.

8- From that time, at least, the ADX-authority has been fully aware of the above quoted court's term in the manner of the payment.

9- In my prison life, the only parmanent and reliable source of my funds has been $50 monthly that my attorneys out of their own packets and based on their own kindness, they send me.

5=

## D-STATEMENT OF CLAIMS:

10- Most of my family members live in Tanzania, East Africa. My family is financially poor, and in only few occasion has been able to send me some money.

11- In the past 20-years or so, most of the time I've been exempt from making the above mentioned payment because the usual $50.00 I receives makes me exempt. In few occasions where I've been asked to make the payment are all short-lived because I rarely receives above $75.00 per month, and once I do, is an extremely rare.

12- I spend the money that I get for my life necessities as a prisoner. From it, I pay for my social calls - when we're required to pay, purchase some food items from the commissary to suppliment the tray I'm given, also, purchasing my toiletry, dental, postage materials, and some religious items...

13- In my whole life in prison I never tried to wastefully spend my money or otherwise deplete my account. Even though I don't receive a lot of money, I always make sure that I have some in my account.

14- The ADX-Authority never once presented to me that I mis-use my money or otherwise, advised me to use it in any other way than the one I use it.

15- Since early this year (or before) per this court's order, the ADX-authority sends to this court 20% of whatever comes in to my account to pay for the court fees. (I've two cases, which make 40%).

16- On May 4, 2022, the then Case Manager (°C.M.) along with counselor WIESE as I was housed in cell # 609, told me that even though I've been in exempt status, I must now agree to pay $25.00 every quarter, per the new warden's policy.

17- The C.M. told me that the warden (i.e. mr. CIOLLI) wants every one under court's order to pay, must pay at least $25.00 per quarter, as long as he gets $25.00 in one quarter.

18- She further told me that if I refused, my account will be encumbered, and I'll be considered refused to program and sent to C-unit.

19- C-unit is one of ADX's many units. By staff practices and design, the C-unit is the most violent unit here in ADX Authority often decide to send prisoners there only then to be brutally and maliciously and sadistically attacked by the staff.

20- In 2018, I was sent to C-unit from F-unit. Few days later I was badly beaten in a way described supra, see 19. See also Mohamed v. Jones, 1:20-cv-02516-R-BJ-M-D-B.

21- I know of other ADX's prisoners who've been sent to C-unit after refusing to pay the demanded amount, or otherwise refused to programming.

6-

2

## A-STATEMENT OF CLAIMS:

22- I told the C.M. that per the court's order and the applicable CFR, I've only to pay if I receive more than $75.00 per month. See supra, at 4. She said she was aware of both, but insisted that this was the new warden's policy, so I must make my choice.

23- I then told the C.M. that I believe the ADX-legal department may assist since they're fully aware of my case... She said that she believe they know about the court order. She told me she'll talk to the legal department and come back another day.

24- The above conversation happened while counselor WIESE was also present. See supra, 16.

25- On the following day, I provide to WIESE a copy of the said Court's order just to make sure that the C.M. and the Unit Team have an actual-hard copy of it. WIESE took, copied, and returned it the third day. He told me that the C.M. has a copy of it.

26- On May 10, 2022 the C.M. came back with appropriate paper for me to sign the FRP, for $25.00 per quarter, saying that she met with the ADX's legal department who cleared the payment (or she said: the legal department approved the new warden's policy) even though the legal department was well aware of the above mention one Court's order.

27- Out of fear of being sent back to C-unit, and being assaulted again, I signed to pay. See supra, 18-20.

28- The ADX's authority withdrawn from my account $25.00 for each of the past two quarters; on 6.10.22, and 9.9.22, as a result of my signing the FRP agreement.

29- On October 7, 2022, the new and current Case Manager (C.M.) ENGLISH, spoke with me through my cell's door, as I was housed in cell #604. He told me that the Central Office wants me to agree to pay $50.00 every month.

30- I told the C.M. that I only receives $50.00 a month and 40% of that goes to my two cases. See supra, at 15, besides, I had already agreed to pay $25.00 every quarter.

31- The C.M. however, told me that he didn't have time to hear all of that. He said I either agree or refuse. He wanted me to sign new agreement for $50.00 per month.

32- I then told the C.M. about the above Court's terms, supra at 4, the CFR requirements, and the fact that I can't get $50.00 every month any way even if I wanted to pay that amount.

7.

## D-STATEMENT OF CLAIMS:

33- In response, the C.M. said he didn't "care what the court's order says." He said he had already seen it, and it was up to me whether to agree to sign new agreement or not. He further told me to ask whoever "sends you money, to send you more? so I can satisfy the new demands.

34- I then asked the C.M. to give me a day or two to decide if I should sign the new agreement. But he said he don't have time to comeback again to me for that.

35- Finally, I told the C.M. I couldn't at that time sign for paying something that is more than I receives.

36- He told me that he's going to encumber my account, and left.

### SPECIFIC FACTS ON VIOLATION OF R.F.R.A BASED ON THE DEPRIVATION OF MY SOCIAL CALLS: CLAIM ONE, AGAINST ALL DEFENDANTS

37- I am a Muslim who holds my religious beliefs and practices very sincerely.

38- My Religion, based on the Holly Qur'an and Sunnah (that's the teachings... and practice of the Prophet Muhammad) requires me to keep and maintain close ties and relationship with my family-members and relatives.

39- I've a mother, seven siblings, and dozens of nephews, nieces, cousins..., and many other extended family members, all of whom, religiously I am required to stay in close relationship with, even as I'm in prison.

40- Majority of my family members and relatives live in Tanzania, East Africa.

41- My approved phone list includes numbers belong to my mother, siblings, Inlaws... nephews and nieces. I makes all efforts to call all of them due to the above mentioned religious requirement.

42- I do not merely call my family and relatives because doing so is making me feeling good or keeps the family relationship alive. Rather, I call and maintain close relationship, primarily because that's my religious duty, and failing to fulfill it will necessarily mean to sin before my God and Creator. Because of that religious requirement, I am forced, religiously, to put my Creator's desires; i.e. maintain close ties, before my own. Hence, even if it happen that I may have some personal quarrel with one of my family members, I still have to call him or her to maintain that ties, as required by my Religion.

43- On about mid-october (oct.11, and Oct.16) 2022 I made two social calls with my family, respectively.

## D-STATEMENT OF CLAIMS:

44- Later on in the month, I tried to call again on Oct. 28, 2022. However, the ITS phone system told me: "You've exceeded the amount of phone calls allowed".

45- I then checked the number of minutes remaining. It said "Zero". That's even though I had only used two calls in the whole month.

46- I realized at that time that the Unit Team and ADX's authority have intentionally prevented me from calling my family. And in doing so, the D-unit staff had to manupulate and fabricate the ITS phone record, to get the system say and show that I've spent all of my calls I'm allowed to make monthly.

47- Usually, D-unit and other General Population Units, prisoners are allowed to make 4-phone calls, 15-minutes each, per month. Because I had only used two calls previously, see supra at 43, I still had two 15-minutes calls in that month of October 2022.

48- Since then todate, I won't be able to call my family again, even though I submit phone requests to unit Officers at least once every week.

49- Due to the holly days-season, the ADX-allowes prisoners in the months of November and December to have one more additional call. I've been therefore todate, deprived of total of seven calls, (2-in October, and 5-in November, 2022) which in minutes, are 105-minutes.

50- The Unit Officers give me more than one answer when I ask why I can't use the phones. They've told me forexample, that: there's a memo from Warden CIOLLI that has my name that I'm not allowed to use the phone. They've also told me that the Unit Team (D-unit) gave them a list of names including myself, that I'm not allowed to use the phone.

51- The Unit Manager, HARVEY, case manager, ENGLISH, and Counselor, WIESE comprise the Unit Team here at D-unit.

52- On several occasions I heard WIESE telling the Unit Officers that I am on phone call restrictions, as well as T.V. and commissary restrictions.

53- On Nov. 10, 2022, I wrote a request to Warden CIOLLI in which among other things, informed him of restrictions described in these claims..., and asked him for their removal. He hasn't responded to me.

54- On Nov. 22, 2022, C.M. ENGLISH spoke with me while with him is my written to CIOLLI..., and among other things, ENGLISH told me that I'll never get my calls, t.v. and commissary back until I agree to pay the demanded amount.

# D-STATEMENT OF CLAIMS:

55- On about the same time I wrote to CIOLLI, supra, at.53, I also wrote to Unit Manager ("U.M"), HARVEY about the same restrictions and asked for their removal. Again, no response.

56- Both, CIOLLI and Harvey either one has full authority to remove the restrictions described in these claims, and without their approval of these restrictions, couldn't be there. They refused to remove them and agreed on, or designed their composition and implementation.

57- The defendants and the ADX's administration never gave me any notice nor notification as why I'm not allowed to call my family, go to commissary, or have an access to the I.K. But through ENGLISH's, WIESE's and unit officers' statement, it's clear, that these restrictions are result of my "refusal" to pay the amount of money demanded.

58- The denial and depravation of my social calls impose a substantial burden on me and my ability to follow and practice my Religion.

59- As stated supra, at.37-42, I am a sincere Muslim... And the social calls are primarily a religious duty to me imposed by my Religion and sincere belief.

60- The decision to deprive me of those calls, is constitute the denial and prevention of an essential religious motivated act, prohibited by the Federal statute under RFRA.

61- In my 20+ years in prison, I never willingly chose not to call my family such a long time. (Last call I made was on Oct.16, 2022, see supra at.42)

62- The phone restrictions besides imposing on me substantial burden by preventing me from fulfilment of that religious duty, they also force me into a spiritual torture, by making me, force fully, committing a serious sins..., for not calling my mother and others in the family. They also increased my pre-existed depression, and PTSD-related issues.

63- The Unit Team, especially the U.M. knows that the social call is the only of communication between me and my family. I've explained that repeatedly.

64- The ADX, D-unit specifically, and the B.O.P, in general do-not have any official, known policy that requires or otherwise justifys, the deprivation of the social calls to a prisoner once that prisoner refuse to make the F.R.P payments. To the contrary, the applicable policy under the CFR in clear terms states that such prisoner will still be allowed to purchase his phone credits.

65- The defendants knowingly violated that regulation along with others.

10-

## D- STATEMENT OF CLAIMS:

**CLAIM TWO: VIOLATION OF RFRA BASED ON DEPRIVATION OF ACCESS TO THE RELIGIOUS PROGRAMS VIA THE T.V. AGAINST ALL DEFENDANTS:**

66- I incorporate here by refrance the above alleged facts. 1-65.

67- On Evening of October 25, 2022, when I was brought back to my cell from the range-law library, I found on my cell door a page-long piece of paper attached outside the door, that reads:

INMATE MOHAMED, # 44623-054 IS ON SERVICE LIMI-TATIONS UNTIL FURTHER NOTICE, FOR REFUSING FRP-PAYMENT. THIS INMATE DOES NOT HAVE ACCESS TO HIS TELEVISION AT THIS TIME. UNIT TEAM IS THE ONLY DEPA-RTMENT AUTHORIZED TO GIVE THE TELEVISION BACK TO INMATE AND WILL DO SO AFTER PAYMENT HAS BEEN MADE.

T.V. WILL REMAIN IN CELL AND UNPLUGGED TO PREVENT DAMAGE IN STORAGE". (capital letters original).

68- I've no T.V. access since that day. As with my social calls, the T.V. access was taken away without prior notice or any notification.

69- At ADX, T.V. besides providing news and entertainmet to prisoners, it's also used by the authority for various institution-al programs from different department. That include, forexample, psychology, education, recreation, and religious programs.

70- The ADX's religious services provides most of its services and programs via the T.V. Different groups and religions get their respective programs on different days throughout the week.

71- Muslim prisoners including my self, usually get the only religious programs from Friday night to Suturday night.

72- For the sake of simplycity, Muslim programs can be devided in to two main catagories:

**One**: Qur'an Recitation: The Qur'an DVD's/Tapes usvally start to play around 12:00 AM, Friday night until about 7:00 AM, Friday morning. It starts again around 9:00 P.M of Friday Evening to about 6:30 A.M. Suturday morning. This's the recited Holly Qur'an in it's original, Arabic language. Prisoners may listen to the recitation via their headphones connected to the T.V, or may simply raise the T.V. voice and listen to the Qur'an without using the headphones.

**TWO**: Islamic preaching... Generally include lectures, classes, and religious movies/films... On different areas of the Religion (forexample: on how to fast, pray, purify — one's heart...etc. The DVDs/videos usva-lly start to play around 8:00 A.M, Friday to 9:00 P.M. of the same day.

-11-

## D-STATEMENT OF CLAIMS:

73- Both of these catagories are extremely important religiously, to me. I listen to, and watch both.

74- The Islamic programs that aired through the T.V. is the only opportunity for me and Muslim prisoners to hear our Holly Book recited laudly, and hear Islamic preachings.

75- In my 20+ years here at ADX, I never had even a single opportunity to listen to a professional reciter reciting my Holly Book, live. Nor have I had any opportunity to receive a live lecturer speak about Islam... The T.V. programs described here are the bare and the only oppurtunity we have.

76- My Religion demands of me to love my Holly Book, recite it well, and listening to it while it's recited.

77- I listening my Holly Book recitation, religiously, I benefit in various ways. This includes but not limited to: (1) Getting spiritual rewards; (2) Reminding me of my religious obligations, duties, promises... etc; (3) Improving my own ability to recite the Holly Book correctly; and (4) Help and improve my own memorization of the Holly Book.

78- As a sincere Muslim, I am strongly religiously required to seek and acquire each of these and other benefits that are found in the act of worship in listening the Holly Qur'an.

79- The Quran recitation brings me spiritual calmness and an extra ordinary relaxation that I cannot find any where else in prison or in free world.

80- The other Islamic programs are also religiously important, but to me, to a less extent. From those religious lectures, classes, and films, I learn my religion, its history..., and its relation with other people. These programs provide a rare moment for me to be taught, reminded, and religiously instructed on how to live and behave as a Muslim.

81- Because of their importance, when I was outside I used to travel long distance to capture live, real time reciters and lecturers. I also listen from recorded materials.

82- Here at ADX, I weekly use about 20-hours in listening and watching these programs. I never missed the nightly Quran recitation.

83- Since the defendants unplugged my T.V., I've missed a total of 6-Fridays and Suturdays, totalling at least 120-hours loss of my essential acts of worship.

84- The deprivation of my T.V. access imposed on me a substantial burden in my ability to belief, and follow my Religion. The loss is irreparable. I, spiritually feels void and empty, as well as isolated and extremely humiliated.

# D-STATEMENT OF CLAIMS:

85- The ADX's authority and its religious service department does-n't have any alternative when a prisoner, for whatever reason, loss his access to the T.V, to provide him with the necessary religious progams.

86- I've so far sent two different written requests to the Imam/ Chaplain (on NOV.7, and NOV.21,2022) in my attempt to atleast some-how get a qualified Muslim to give me some necessary religious and spiritual reminder, that I usually gets from the Islamic progams on T.V, weekely. However, the Imam never came, nor did he ever replied to me.

87- I've some Islamic books, and so the religious services here at ADX. But those books can never be an alternative to the Quran recitation and spoken religious words that are only to be found on the weekly religious programs'

88- The defendants know well that I'am a practicing Muslim, and the T.V. is the only means for my religious progams' access.

89- The ADX, in specific, and the BOP, in general, do not have any official, recognized policy that requires or otherwise, justifys, the blo-ckage of the T.V. access to a prisoner who refused to make the FRP payment.

90- There is also no such regulation or policy within the policies that govern the social calls and Television for prisoners... I.e: policy that such privilege will be taken away once a prisoner refuse to make the FRP payment.

91- My phone calls, T.V. access, and commissary were not taken from me because of any previous violation I comitted with relation to any of these privileges. I've never been disciplined for abusing or mis-using any of these three, in my 20+ years here at the ADX.

92- Apart from my religious programs, I was participating in other institutional programs such as education, recommended by the ADX. Now, I've been deprived of all of those.

CLAIM THREE: VIOLATION OF R.F.R.A BASED ON REFUSAL TO SELL ME, OR OTHERWISE, TO PROVIDE ME WITH THE PRAYER OIL AND THE MISWAK STICKS: AGAINST ALL DEFENDANTS:

93- I incorporate here by reference the above alleged facts, 1- 92.

94- I usually purchases different items from the commissary. See supra, at 12

95- The prayer oil is one of most important items commissary sells. I often buy the prayer oil.

96- As a sincere and practicing Muslim, the prayer oil is very essential and important to me in my daily activities of worship, and daily life in general.

13-

## D-STATEMENT OF CLAIMS:

97- I use prayer oil in my daily five obligatory prayers, other prayers during the day and night, on Fridays, and Hollydays. (Islamic). Besides, I use the prayer oil on other occasions and times like while seating reciting the Qur'an and remembering God...etc. In short, the prayer oil is substantially important to me.

98- Islamically, I am required by my Religion to use the prayer oil the way I use it. So regardless of my love for beutifl smell, I use it primarily for religious reasons.. Since my Religious requirements, duties, and desires, always come first before my own.

99- Another essential religious item is the 'miswak sticks', which's about 4-5 inches long stick cut and prepared from a specific kind of plant... This religious item, previously used to be purchased by another muslim prisoner for me, is explicitly sold in the commissary for Muslim prisoners.

100- I was one of some muslim prisoners who reqvested from the uppropriate staff that the commissary sell the miswak.

101- I and millions of muslims use the miswak (an Arabic term close to "tooth brush) to clean our teeth, especially before the daily five and other prayers, before reciting or reading the Qur'an, before the rememberance of Allah (God Almighty)..., and before breaking one's fasting... among many other occasions.

102- I use the miswak, as the prayer oil, primarily for religious purpose. My religion requires me to clean my mouth with it in those mentioned worshiping occasions.

103- I do use the regular "modern" tooth brushes. But that's not an alternative here. Miswak is a special religious item. When I, and other prisoners reqvested the miswak to be sold in the commissary we were brushing our teeth with the regular tooth brushes. But we reqvested miswak and the ADX agreed to bring and sell it as a religious necessity to be used with or without the regular tooth brushes.

104- Islamic teachings and guidances not only demand of me to use these two items in my daily worshiping activities, but also clearly show that my daily religious activities and religious life are worth much higher when conducted with the use of prayer oil and miswak. However, those same activities are worth less without these two items.

105- For the last 6-weeks or so, the defendants here prohibited me from purchasing any thing from the commissary. I can't purchase my above mentioned religious items; prayer oil and miswak, which both happened to be out from me at exactly the same time as the defendant's prohibition came; also can't buy stamps.. I can't buy nothing

14-

## D- STATEMENT OF CLAIMS:

106- The Commissary sell in these past six weeks for D-unit occured on: Oct. 31, 2022, Nov. 7, 2022, Nov. 14, 2022, Nov. 21, 2022, Nov. 28, 2022, and Dec. 5, 2022. On each of these occasions, I've submitted my commissary list which included the prayer oil and miswak, and other essential material for my legal works, (I've two active cases) cleaning materials, medications ..., and food items. However, nothing is being sold to me.

107- The ADX authority and the defendants, as they did with my telephone account, see supra at. 46, they manipulated and falsified the commissary account as well

108- The commissary receipts provided by commissary staff read available balance is $0.00, and some say "spending balance is $0.00", and some say "spending balance is $25.00".

109- After initially, ADX-encumbered my money, (approximately $130.00) I moved $45.00 from the computer balance - which has been there for over a year. But before I could get any purchase from commissary, the Trust Fund moved the $45.00, $100.00 that was in my phone account for a year or so, and the old money from computer. So I couldn't buy anything.

110- The stated reason in these manipulations is "preventing depletion" of the money. As stated supra at. 11-14, I've always spent my little money appropriately... And the ADX's authority never accussed me of the opposite.

111- Per the applicable program statement, even if a prisoner actually refused to pay the restitution, he's still allowed to spend "at least $25.00 per month". He's also allowed to purchase stamps, and pay for the phone ... ADX has denied me all of those, just as they, without following any known policy, took my T.V. and social calls.

112- I've been out of prayer oil and miswak since the start of November, 2022. I've been forced from that time to worship my Creator without these religious essentials and necessities.

113- As stated, supra, at. 97, I must pray at least five times daily. Besides, I pray many other prayers... These are at least another five, in my day and night. For the last 37 - days, therefore, I've been forced to worship my Creator in at least 370 occasions without been able to use the prayer oil and miswak; both of which are religiously required.

114- The defendants' action (prohibiting me from buying these essentials) substantially and significantly impose a burden on me, and my ability to follow my religion... That's buy forcing me to worship my Creator and live my religious life as Muslim, without these two religious necessities.

15-

## D-STATEMENT OF CLAIMS:

115-Defendants' actions have also forced me into a serious sinful status before My Creator. I've never went such long time before, woshiping Him without the prayer oil.

116-There's no alternative to these two items. I've written to the religious services twice so far (on Nov.6, and Nov.18, 2022) to request some prayer oil and miswak for my daily worshiping activities, but I received no response.

117-If the defendants decided to follow the BOP's applicable regulation here, by allowing me to spend that $25.00 minimum at the commissary, these religious violations wouldn't've happened. From the allowed $25.00 I could have purchased my religious needs.

118-The defendants knew and know that denying me from purchasing every thing and any thing from the commissary, will necessarily violate My Religion. That's because the two mentioned religious items and few others, can only be obtained from the commissary.

119- As with the access to the television and social calls, the ADX and BOP do not have any recognized policy that requires or justifys the refusal to sell these religious items once prisoner refuse to make the FRP payment.

120-In my 20+years in prison, I've never been disciplined for mis-using any of the religious items at issue here.

## CLAIM FOUR: VIOLATION OF THE FIFTH AMENDMENT UNDER THE EQUAL PROTECTION CLAUSE; AGAINST ALL DEFENDANTS.

121- I incorporates here by reference the above alleged facts; 1-120.

122- Defendants' above described alleged treatments are also discri-minatory in nature and purpose.

123-My range (range c-upper in D-unit) has twelve cells. For the most time relevant here, those cells had 12-prisoners. All prisoners are either African, whites, or Hispanic Americans, except me and one other prisoner. That prisoner is one of my codefendants. (He was moved from the range on Dec.1, 2022 to another unit).

124-The unit as a whole and the ADX generally are no different: majority of prisoners there are "Americans".

125- The 12-prisoners, and prisoners in the unit, usually are similar situated in all relevant ways. Relevant here: unless there're officially regulated restrictions: we all should get the same number of social calls, access to the same T.V. religious programs and channels, and permission to purchase from the commissary similer items, from a single commissary list, to be delivered in the same day.

## D-STATEMENT OF CLAIMS:

126- My co-defendant was subjected to the same restrictions. I saw on several occasions, that his cell-door too had an attached piece of paper like the one attached on my door by the Unit Team, prohibiting me from having an access to the T.V. See supra.67.

127- The unit Officer who provides the telephone to prisoners in the unit told me, and I also heard him telling my co-defendant that both of our names were in the list that we can't use the phone. My co-defendant too told me, the Unit Team wouldn't let him call his family.

128- I believe also that the Unit Team put him on commissary restrictions like me. However, he didn't have any money in his account, so he didn't try to order anything.

129- The defendants used the same pretext they used against me: They put him on those restrictions for refusing to make the F.R.P payment. They did so even though my co-defendant for several months had no money in his account, and received no money. While he did have money, he did agree to pay.

130- Furthermore, within our range and the unit there're prisoners who're also under specific court's terms on how to make the payment. However, the ADX respected those terms in those prisoners' cases, while knowingly and intentionally decided not to respect the similar terms in my case and co-defendant's.

131- The discrimination and unequal treatment here is racially and religiously motivated too. Me and my co-defendant were the only prisoners who're Muslims, Arabs, and otherwise non-American Citizens. And as stated, only me and him were targetted by these restrictions and violation.

132- This complaint and this fourth claim in particular, **is not** about complaining and crying out that my fellow American prisoners got, or provided with any right or privilege that they shouldn't get or don't deserve. I believe they, and the rest of prisoners in this country, should have and do correctly deserve much more and meaningful rights than those the government(s) provide them now... This claim, however, while my fellow American prisoners are completely unconscious, is about the ADX's decision to descriminate me (and my co-defendant) by even taking those few available privileges to all prisoners, from us two... Simply because we're Muslims, Arabs, and Non-American Citizens.

133- The above descrimination and violations in general, were not carried out by the defendants for any rational, reasonable, or legitimate interest.

134- The BOP prohibits descrimination as well as violation of its own policies.

-17-

## D-STATEMENT OF CLAIMS:

**135- OTHER MOTIVES:** Apart from racial and religious motivation, cited supra, see. 131, all evidence shows an evil and bad faith motivation behind these restrictions.

**136- The magnitude of restrictions:** In my 20+ years in prison I never saw or heard any prisoner lost his phone calls, commissary, and the T.V. simply because he refused to do FRP payment. These restrictions are unusual and extra ordinary. They're indefinate in time. If a certain prisoner spit or throw feces on a staff, that prisoner would've been even better treated. He probably wouldn't loss every thing: phone calls, commissary, and T.V. And his whatever restrictions would've been limited in time. Not indefinate like myne.

**137-** Under two previous administrations here in ADX, I saw some prisoners go months without T.V. and commissary after the staff claimed that those prisoners refused to pay the FRP. My restrictions may last that long too. But I never saw any one loss his social calls for refusing to pay, or loss all three at once, as stated supra, 136.

**138-** Defendants knew and know that they are in violation of even their own BOP regulations. On Nov.22, 2022, C.M. ENGLISH talked to me when I was in recreation area at the bubble, here in D-unit... He was carrying the written request that I sent on Nov. 10, 2022, to the warden... Among other things I said to him was that he and others (other defendants here) they knew that what they do is against the regulations... And that the restrictions were so harsh and extra ordinary. I mentioned the bad health and condition of my mother, and sick siblings and my needs for calling them. I also told him I need access to religious programs via the T.V., and purchase religious items from Commissary.

**139-** ENGLISH told me, so I should sign new agreement to avoid further restrictions. He also admitted of my stated needs including my religious needs. But he said to me: "that's the idea, Mohamed! we hit you where we hurt you" meaning, the restrictions were carefully designed to hurt me the most.

**140-** Besides, on about Nov.10, 2022 I also wrote to HARVEY, the U.M..., and I said to him as I said to warden CIULLI, and now verbally, to ENGLISH, that... the restrictions are unnecessary, violate even BOP's regulations... and badly violate my rights including my religious rights.

**141-** In both of my requests I also mentioned that I may eventually sue the staff if restrictions continue... There, they'll claim Qualified immunity... So I said to the defendants, they're violate my already established rights. In short, all defendants have been warned and on notice.

## D-STATEMENT OF CLAIMS:

**142-** Back with C.M. ENGLISH, he finally agreed, for a moment for me to sign the same previous agreement $25.00 per quarter. He provided me with the necessary paper and I signed on Nov. 22, 2022 as I was in recreation cage. He said everything shall be back immediately: calls, commissary, and T.V.

**143-** However, even though he told the officer to plugg on my T.V. ENGLISH declined to provide me with the T.V. code, necessary for the access. My previous code was taken by an officer to be given to another prisoner who needed one. So I didn't have any T.V. access.

**144-** At night that day, an officer once again un-plugged my T.V., saying that the Unit Team directed him to do so.

**145-** On the following day, Nov. 23, 2022, ENGLISH came to my cell # 604. Here he told me, after I signed the agreement in previous day, he talked with the ADX-legal department... The legal department, he said, told him that, the sentencing court has actually two orders on restitution. One, is from 2001 and another is from 2002. He said: legal department was looking for the 2002 order... He said: all restrictions will remain, nothing will change.

**146-** In reality though, there's no another different order. As stated earlier, see supra at. 7-8, 16-33, the ADX's staff have been aware of every thing at least since 2007.

**147-** All these allegations, (especially, supra 135-146) show that the defendants and ADX generally, unnecessarily and intentionally prolong the said violation. It's unbelievable that the Unit Team and legal department didn't, and doesn't have an access to my sentencing terms... Even if that were true, cannot be true that the legal department and Unit Team have failed to locate those necessary papers since Nov. 22, 2022, to date.

**148-** INAVABILTY OF ADMN. REMEDY: Counselor WIESE, and the Unit Team refused to provide me with grievance form regarding their deprivation of my phone calls, T.V., and commissary. I've submitted at least 3-requests for such remedy, on Nov. 4, 2022, Nov. 7, 2022 and Nov. 10, 2022. I also complained to U.M. HARVEY in my written request on these restrictions on Nov. 10, 2022.

**149-** I also verbally asked WIESE me grievance, at least twice. On Nov. 15, 2022 I asked to give me one. But he said "I'll give you on Friday. That was Tuesday. I then asked him on Friday, Nov. 18, 2022 while he delivered me legal mail. However, he again refused. He gave legal mail and said" that's all I've for you..., and he left.

## D-STATEMENT OF CLAIMS:

150- Previously, counselor WIESE wrote to me in one of his responses to my B.P.8, that I might be sunctioned, from filing remedies. But I'vent been sunctioned, at least officially. On other occasion he told me if I continue suing and filing on staff and help other prisoners in their grievance, he'll deal with me accordingly.

151- After that he started to read and even confiscate my legal materials I give him for photocopying... He also started to charge me for any number of copy I request. In the last past month, even though I'm denied to purchase things like stamps, pens, medication, and cleaning materials, and staff refuse to provide me these free of charge; counselor WIESE has every time charged me for any legal copy I asked).

152- I know at least one other prisoner who told me, WIESE refuses to give him grievance.

153- The above refusal of grievance is about: the T.V. access, phone calls, and Commissary.

154- However, before that, I was given grievance for encumersering my account... The warden denied that in 3-days. I filed with the Regional Director.

155- Because I was given that grievance; the above claims do not include claim on reencumembering my account, or otherwise violating my sentencing court's terms. See supra, at 4. My understanding is that, that issue of violating the sentencing terms is to be raised under writ of Habeas Corpus, which I intend to do after finishing the grievance programs.

156- Furthermore, the administrative remedy in my cases is also unavailable because the BOP's staff involved in reviewing my grievance have always declined to provide any kind of remedy or relief. Up to early may, 2022, I had already filed over 330+ grievances. Most of these are against mistreatment from the government people and BOP. However, the involved BOP's staff have rejected or otherwise denied all of those grievances... That's from 2003 to date.

157- This court is the only place where my claims can be looked at, and possibly, my rights can be established. The BOP's Administrative remedy if it works with other prisoners, it never been so with me... Because the staff are free to violate my rights as they wish, these violations keep repeated... Committed by BOP's officials as higher as the warden himself, and the Unit Team... Because all are free to violate my rights.

## D- CAUSES OF ACTION

**158- VIOLATION OF RFRA CLAIMS: CLAIMS 1 TO 3:** Defendants' actions through their intentional and evil motivated and otherwise malicious decision to deprive me of my social calls; access to the T.V. with religious programs, and access to the commissary where I could purchase my religious necessities, constitute the violation of the Federal statute, 42 U.S.C. 2000 bb-1. See also Williams v. Hansen, 5F.4th 1129, at 6-7. (10th Circ. 2021) ("We have noted that our court couldn't locate opinions suggesting that a conscious or intentional interference with a prisoner right to free exercise, whether relatively brief or not, is consistant with the First Amendment") ("...Intentionally denying access to any religious services is clearly established as a substantial burden under Yellowbear")

**159-** Here, as alleged supra, defendants have so far deprived me at least 7-telephone calls, totalling 105 minutes, at 49; at least 120-hours of religious programs, Id.at 82-83, and at least 370 times of worship, all against my religious requirements... Id.at 113. These violations motivated by all malicious and evil intents... Their damages are ongoing, live, indifinate, and irreparable.

**160- VIOLATION OF THE FIFTH AMENDMENT: CLAIM 4:** The defendants knowingly, intentionally and under racial and religious bias and hatred, violated my Fifth Amendment Right, Due Process, under the Equal Protection clause... And that's by their conscious and malicious decision to target me (and my co-defendant) with the above unnecessary restrictions...; among the rest of prisoners on my range, unit, and in ADX-generally... who're otherwise similer situated with us.

**161-** This claim Four is Bivens claim. Bivens remedy should be implied here for several reasons. That include but not limited to; the fact that the defendants repeatedly refused to provide me with the necessary grievance paper. See supra.at 148-9. (Counselor WIESE uses my requests and needs of grievance as a means to humiliate and de-humanize me..., by forcing me to make multiple, similer requests... Only to be responded by yelling, bullying on me..., or silence...etc). Furthermore, as noted Id.at 156. BOP has forever refused to provide me with any relief via Admn. Remedy filing... It's thus, inavaible. And lastly, here "The Tenth circuit has repeatedly recognized Due Process Claim brought pursuant Bivens...; See Gatera v. Sliz, 2013 US. Dist. LEXIS 188772. (Dist. Colo. Dec. 9, 2013) (citing large number of cases, at 7, N. 5) See also Williams v. Meese, 926 F.2d 994, 998 (10th. cir. 1991) ("The plaintiff's complaint are sufficient..; to state a Bivens for deprivation of the right to equal protection sequired by the Fifth Amendment").

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                Erick Holder et al.

Docket number and court:            07-cv-02697-msk-BNB

Claims raised:                                  Several Constitutional claims.

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    Trial, partial relief granted.

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:             _____


## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

              ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

              ___ Yes ✓ No (*check one*)

## E. PREVIOUS LAWSUITS:

Names of Defendants         :         Jones et al.

Docket Number and Court :         1:20-cv-02516-RBJ-MDB.

Claims Raised                    :         15 - claims.

Disposition                        :         Still Pending.


Names of Defendants        :         Santistiven et al.

Docket Number and Court :         21-cv-02676-NYW-MDB.

Claims Raised                    :         14-claims.

Disposition                        :         Still Pending.

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* Wherefore, I respectfully asks the court to grant the following:

A - Issue an injunctive order in all official capacities sides of all 4- claims.

B - Award me compensatory damages jointly and severally against all 4-defendants, but only based on their individual capacities status.

C - Award me punitive damages against each individual defendant, based on all 4= claims.

D - Award me nominal damages against each individual defendant, based on all 4= claims.

E - Award attorney's and expert's fees, and any other professional, that this court may appoint in to the case, or who may come to assist via other means/reasons.

F - Award me the filing, mailing, copying and other and all fees and expenses.

G - Award me any and all other and additional reliefs that this court deems appropriate.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Mohammed*
(Plaintiff's signature)

December 7, 2022.
(Date)

(Form Revised December 2017)

## ENCLOSED DOCUMENTS:

1- Prisoner's Complaint.

2- Prisoner's Motion And Affidavit, purs. 28 U.S.C. 1915.

3- My (prisoner's) last 6-months financ. Records.

4.- Declaration of mailing the Complaint.