IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03213-GPG

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

ENGLISH, Case Manager,
HARVEY, Unit Manager,
WIESE, Counselor, and
CIOLLI, Warden,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

Plaintiff Khalfan Khamis Mohamed is in the custody of the Federal Bureau of Prisons, currently incarcerated at the United States Penitentiary ADMAX in Florence, Colorado. On December 12, 2022, he filed *pro se* a Prisoner Complaint (ECF No. 1) and an *incomplete* Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the required supporting documents. (ECF No. 3). In response to the Court's order to cure certain deficiencies (ECF No. 4), Plaintiff filed a *complete* Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 5) and a motion requesting the Court "accept" the § 1915 motion (ECF No. 6). For the reasons below, the motions will be granted.

Based on the information about Plaintiff's financial status, the Court finds that Plaintiff must pay an initial partial filing fee of $13.00 pursuant to 28 U.S.C. § 1915(b)(1).

1

Plaintiff has authorized disbursement of partial payments of the filing fee from his prison account. (ECF No. 5 at 3). Plaintiff must pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action.

Accordingly, it is

ORDERED that Plaintiff's Motion to Submit his Prisoner's Motion and Affidavit Pursuant to 28 U.S.C. § 1915 (ECF No. 6) is **granted**. The Court accepts the motion for filing. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 5) is **granted**. It is

FURTHER ORDERED that within thirty days of the date of this order Plaintiff's custodian shall disburse from Plaintiff's prison account an initial partial filing fee of $13.00 to the Clerk of the United States District Court for the District of Colorado, which represents 20 percent of the greater of the (1) average monthly deposits, or (2) average monthly balance in Plaintiff's prison account for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(b). It is

FURTHER ORDERED that after payment of the initial partial filing fee Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to his prison account until Plaintiff has paid the total filing fee of $350.00. *See* 28 U.S.C. § 1915(b)(2). Interference by Plaintiff in the submission of these funds will result in the dismissal of this action. It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all

or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2). It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's prison account until full payment of the filing fee has been paid to the court, even after disposition of the case and regardless of whether relief is granted or denied. It is

FURTHER ORDERED that the Clerk of Court shall not issue process at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or magistrate judge under D.C.COLO.LCivR 8.1(c). It is

FURTHER ORDERED that the Clerk of Court shall send a copy of this order to FLM-LegalSvcs-S@bop.gov.

DATED February 15, 2023.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge