IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. English et al, No: 22-cv-02313-NYW.

PLAINTIFF'S MOTION TO BE PROVIDED WITH SOME OF THE COURT'S RECENT ORDERS (DOCS 8 THROUGH 10)

Plaintiff respectfully files this motion to ask the court to send him a copy of the recent orders/documents issued by the court. In particular, plaintiff asks for doc. 8 through 10, because he didn't receive them. He states the following:

1- On Friday, 2.24.23, plaintiff received two "legal mail" from the court related to this case. The two legal mail contained document #11, and #12, respectively. Before that, on 2.17.2023, plaintiff received doc. 7. Otherwise, plaintiff never received any of documents between 8 and 10. See Ex. 1, at. 1-3. (Plaintiff's sworned declaration attached here).

2- From the received document #11, supra, plaintiff assumes that his prisoner complaint doc. 1 survived the initial screening. However, he needs the actual court's order to know whether all of his claims or some of them allowed to proceed. He further need all the court's issued orders/documents for his own uses and records related to this case. Id at. 4.

For the above reasons, plaintiff asks the above 3 documents.
Respectfully, February 27, 2023.
Khaylan Kh. Mohamed, #44623-054
U.S.P. max, PO BOX 8500
Florence CO, 81226-8500

s/ Khaylan Kh. Mohamed

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 03 2023
JEFFREY P. COLWELL
CLERK

CERTIFICATE OF SERVICES:

I, Khaylan Kh. Mohamed, hereby certify that on February 27, 2023 have mailed my "Motion to be provided with... the court's recent orders...", with the following address: Office of the clerk, U. States District court, 901-19th st; Room A 105, Denver, CO 80294-3589.

Dated, 2-27-23
Khaylan Kh. Mohamed, #44623-054
U.S.P. max, PO BOX 8500
Florence CO, 81226-8500

Khaylan Kh. Mohamed
s/ Mohamed.

Ex: 1 : Declaration...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. English et al. No: 22-cv-02313-NYW.

PLAINTIFF'S DECLARATION IN SUPPORT TO HIS MOTION TO BE PROVIDED WITH THE COURT RECENT ORDERS.

I, Khalfan Kh. Mohamed declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statement is true and correct.

1- On Friday, 2-24-2023, I received two legal mail from this court; one contained doc. 11 which's "certificate of service" by the clerk that "certify that he/she "have mailed a copy of this certificate of service to the named individuals bellow and the following forms to case manager English, U. Manager Harvey, Counselor Wiese and warden Ciolli...; and also contained "certificate of service by clerk of court re[1] prisoner complaint for service of process" The second legal mail was doc. 12, which's notice of Electronic Filing, related to my "Motion Asking the court to Grant Motion and Affidavit Pursuant 28 U.S.C. § 1915...

2- Previously, on February 17, 2023, I received doc. 7, a minute order Granting leave to proceed under 28 U.S.C. § 1915...

3- However, I've never received any other court's order/documents that followed the above doc. 7, besides the docs. 11 and 12, as noted above, at 1.

4- I am therefore requesting to be provided a copy of document 8 through 10, for my own uses and records. From doc. 11, at 1, supra, I assume that my complaint or portion of it survived initial screening but I need the copy to know exactly what the order says.
Respectfully, dated February 27, 2023.

Khalfan Kh. Mohamed, #44623-054
U.S.P. Max, P O BOX 8500
Florence CO, 81226-8500

Khalfan Kh. Mohamed,
s/ Mohammed.

Name: Khadar K. Mohamed
Reg. No.: 41623-854
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

DENVER CO 802
1 MAR 2023 PM 5 L

Legal mail

Office of the Clerk
United States District Court
901-19th St., Room A 105
Denver, CO 80294-3589

80254-250151

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: MAR 01 2023

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Legal mail