IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. English et al, NO: 22-CV-02313-NYW-MDB.

PLAINTIFF'S MOTION FOR COURT'S CLARIFICATION CONCERNING THE COURT'S MINUTE ORDER DOCUMENT #17

Plaintiff respectfully file this motion asking the court to clarify its minute order, doc. 17, in which, in part ordered plaintiff to "file a status report that provides physical addresses at which each Defendant can be served". Id.

Plaintiff states the following:

1- Plaintiff needs clarification on the said part of the order that requires him to provide the defendants' physical addresses. Plaintiff does not understand what the court meant by that part of its order. The court should be able to clarify.

2- Furthermore, the court order here is contrary to all other previous proceeding related to other plaintiff's litigations at this stages. See e.e, Mohamed v. Jones et al No. 1:20-CV-02516-RBJ-MDB; Mohamed v. Sanistevens et al. No. 1:21-CV-02676-NYW-MDB, in all these previously filed cases that at least partially also, like here, involve ADX-staff, plaintiff was never ordered to provide "physical addresses" for the service purposes or for any other reason. Plaintiff doesn't understand whether the court practices now have changed!

3- Moreover, the court citing of Field v. Okla. State Penitentiary, 511 F.3d 1109, 1113 (10th Cir. 2007)("It is the plaintiff's responsibility to provide the United States Marshal with address of the person to be served"), is further confusing the plaintiff. Plaintiff's understanding is that, the above citation is concerned with an event where the U.S. Marshal doesn't have the defendants addresses... There, plaintiff is required to provide such addresses. But that's not the case here. As stated above, in at least other two previously filed cases, both of them are pending, this court never asked plaintiff to provide the addresses of ADX officials.

4- Adding to that, the docket records show that the services has been already performed. See doc. 11 "Sertficate of Service" Here, the clerk of the court certified that on 2-17-23 he has mailed all necessary documents and papers, including plaintiff's complaint doc. 1, summons, waiver... etc, to all necessary parties.

(1)

5- Further records from the docket show that the U.S. Attorney's office has already received the above documents. See doc.16, "Aknowledgment receipt re [11] certificate of service on behalf of the U.S. Attorney's office on 2.17.2023.

6- The court order here, doc.17, that requires plaintiff to provide the psycral address doesn't clarify that the clerk or/and the U.S. Marshal failed to perform the necessary services because the defendants' physical address is unavailable. And in any case, as it has been shown above, that service is completed.

7- Both, the Rule 4(c)(3) of FRCP and the local Rules, D.C.COLO.LCivR. 8.1(a)-(c) appear to afford plaintiff the necessary services here. The court has done that in previously filed cases and it appears that it has done so in this current case.

8- THE NEED OF ADDITIONAL TIME AND POSSIBLY SOME DISCOVERY: If the court's order, doc.17, at issue here, means by "physical addresses", defendants' home addresses, then plaintiff would respectfully ask the court to: first: extend the deadline from March 16, 2023 to another appropriate date... and second: to open at least limited discovery from which he can seek the defendants' informations, in particular, addresses so he can satisfy the court's order, doc.17. Plaintiff currently doesn't have the defendant's home address... He had no reason to have them too.

For the reasons stated above, the court should clarify its order, doc. 17, and alternatively, if it deems necessary for plaintiff to provide those addresses, to extend the time and open the discovery.

Dated, 3.1.23
Khalfan Kh. Mohamed, No. 44623-054
U.S.P. max, P.O.Box 8500, Florence, CO 81226-8500

Khalfan Kh. Mohamed
s/ mohammed

---

CERTIFICATE OF SERVICES:

I, Khalfan Kh. Mohamed certify that on March 1, 2023 have mailed my above titled motion to; office of the clerk, U.S. District Court, 901-19th st, Room A 105, Denver, CO 80294-3589.

Dated, 3.1.23
Khalfan Kh. Mohamed, # 44623-054
U.S.P. P.O. Box 8500, Florence, CO 81226

Khalfan Kh. Mohamed
s/ mohammed

(2)

Name: Khalfan Khamis Mohamad
Reg. No.: 44623-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

DENVER CO 802
3 MAR 2023 PM 3 L

Legal mail

Office of the Clerk
United States District Court
901-19th St., Room A105
Denver, CO 80294-3588

Legal mail

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

MAR 03 2023

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Legal mail