IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03213-GPG-MDB

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

ENGLISH, in his individual and official capacities,
HARVEY, in his individual and official capacities,
WIESE, in his individual and official capacities, and
CIOLLI, in his individual and official capacities,

    Defendants.

---

**DEFENDANTS' SECOND MOTION TO EXTEND DEADLINE TO RESPOND TO THE PRISONER COMPLAINT**

---

Defendants English, Harvey, Wiese, and Ciolli (together, "Defendants") respectfully request that the Court extend their deadline to respond to Plaintiff's Prisoner Complaint, ECF No. 1, by 35 days, through and including June 22, 2023, to allow time for Defendants to obtain individual representation authority from the Department of Justice. There is good cause for this request, as set forth below.[1]

    1.     Defendants have been sued in their individual and official capacities. *See* ECF No. 1 at 1.

    2.     On April 10, 2023, Defendants moved to consolidate and extend their deadlines

---

[1] Because Plaintiff is a pro se prisoner, undersigned counsel did not confer with him regarding this motion. *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to the duty to confer in "a motion filed in a case involving an unrepresented prisoner").

by 30 days, to give the individual defendants an opportunity to secure individual representation authority from the Department of Justice. ECF No. 31. The Court granted that motion, setting May 18, 2023, as Defendants' deadline to answer or otherwise respond to the Complaint. ECF No. 33.

3.  Defendants hoped that the first extension of 30 days would be sufficient to obtain representation authority. However, undersigned counsel has not yet received representation authority from the Department of Justice in Washington, D.C. During the period when a request for representation is pending, a request may be filed seeking an extension of time for the defendant to respond to the complaint. *See* Justice Manual 4-5.410, 4-5.412, *available at* https://www.justice.gov/jm/jm-4-5000-tort-litigation#4-5.410.

4.  The interest of judicial economy will be served by maintaining a consolidated responsive pleading deadline for the individual- and official-capacity claims and allowing Defendants to file a single answer or motion in response to the Prisoner Complaint. Keeping a consolidated deadline will conserve the resources of the parties and allow the case to proceed on a unified schedule, rather than a staggered schedule for individual- and official-capacity claims.

5.  Additionally, upon receiving representation authority, the undersigned will need some time to evaluate the claims and defenses with the individual-capacity Defendants.

6.  Defendants request an extension of 35 days, through and including June 22, 2023, to respond to the Prisoner Complaint to obtain representation approval and confer with the individual-capacity Defendants.

7.  The requested extension is reasonable and will not prejudice Plaintiff. No scheduling conference has been set and discovery has not started. The extension will not affect

2

any dates currently set in this case.

8.     Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that this is the second extension of time requested by Defendants.

9.     Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Plaintiff and upon an agency representative for Defendants, as noted in the Certificate of Service.

10.    Accordingly, for the reasons set forth above, Defendants request that Court extend their deadline to respond to the Prisoner Complaint to and including June 22, 2023.

Respectfully submitted on May 15, 2023.

          COLE FINEGAN
          United States Attorney

          s/ *Thomas A. Isler*
          Thomas A. Isler
          Assistant United States Attorney
          1801 California Street, Ste. 1600
          Denver, Colorado 80202
          Tel. (303) 454-0336
          Fax (303) 454-0411
          thomas.isler@usdoj.gov
          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify that on May 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and directed personnel in the United States Attorney's Office to serve the foregoing document on the following non-CM/ECF participant by U.S. mail:

Khalfan Khamis Mohamed
#44623-054
Florence Admax
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 8500
Florence, CO 81226
Pro Se Plaintiff

 I further certify that on May 15, 2023, I sent the foregoing via e-mail to Bureau of Prisons senior attorney advisor, A. Powell.

               s/ *Thomas A. Isler*
               Thomas A. Isler
               Assistant United States Attorney