# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03213-GPG-MDB

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

ENGLISH, in his individual and official capacities,
HARVEY, in his individual and official capacities,
WIESE, in his individual and official capacities, and
CIOLLI, in his individual and official capacities,

    Defendants.

---

## DECLARATION OF C. WEISE

---

    I, C. Weise, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows related to the above-titled matter:

    1.    I am a Correctional Counselor at the United States Penitentiary - Administrative Maximum (ADX) in Florence, Colorado. I have held this position since June 2019. I have been employed by the Federal Bureau of Prisons (Bureau) since April 30, 2006.

    2.    I am assigned to the ADX, where I am a member of the Unit Team assigned to D Unit, among other units. From February 2022 until April 4, 2023, the plaintiff in this case, Khalfan Khamis Mohamed, Register Number 44623-054, was among the inmates on my caseload. My official duties as a Correctional Counselor include, among other things, providing inmates access to legal materials, mail-related materials, and Bureau or other government forms,

1

including forms related to the Bureau's Administrative Remedy Program. The Bureau's Administrative Remedy Program forms include those known in the Bureau as "BP-8," "BP-9," "BP-10," and "BP-11." I am normally the primary point of contact for inmates on my caseload who want to raise a grievance or file an Administrative Remedy.

3. My ordinary practice is to visit each unit on my caseload every day. At least once a week in each unit, I also carry a folder containing blank Administrative Remedy Program forms that I can distribute to inmates upon request. If inmates ask me for blank forms when I have my folder with me, I give them the forms on the spot.

4. Separately, at any time, inmates can make written requests, called "copouts," requesting Administrative Remedy Program forms. Every day on my rounds, I pick up copouts from the units on my caseload. If I pick up a copout asking for a blank Administrative Remedy Program form, I will staple the blank form to the copout and return it to the inmate, usually within one day.

5. I have reviewed Plaintiff's Complaint in this case, ECF No. 1. I am aware that Plaintiff asserts that I denied him access to Administrative Remedy Program forms on certain dates in November 2022. ECF No. 1 ¶¶ 149-50. Plaintiff's assertions are not true. Whenever Plaintiff asks me for Administrative Remedy Program forms, I provide them to him within a reasonable amount of time. I have never refused to provide Plaintiff with an Administrative Remedy Program form. If Plaintiff had requested an Administrative Remedy Program form from me, I would have provided it to him in accordance with my ordinary practices described above. If for some reason I was unable to provide a form to Plaintiff upon his request, I would have provided one to him at a later date, had he reminded me of the request.

6. During the time Plaintiff says that I was refusing to give him Administrative Remedy Program forms, I was providing him with forms. I provided Plaintiff with a BP-8 form on October 28, 2022, and a BP-9 form on November 3, 2022. I also provided Plaintiff with BP-10 forms on or before November 10, 2022, and again on or before November 22, 2022. I also provided Plaintiff with BP-11 forms on or before January 9, 2023, and again on or before January 23, 2023, among other times. I provide Administrative Remedy Program forms to Plaintiff when he requests them.

7. I never threatened Plaintiff related to his use of the Administrative Remedy Program or his filing lawsuits.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. 28 U.S.C. § 1746.

Executed this 22nd day of June, 2023, in Florence, Colorado.

C. Weise
Correctional Counselor
Federal Bureau of Prisons
Florence, Colorado

3