IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 28 2024
JEFFREY P. COLWELL
CLERK

Mohamed v. English et al, case No. 1:22-cv-03213-GPS-MDB

## PLAINTIFF'S MOTION TO FILE SURREPLY IN SUPPORT OF HIS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, Doc.65

Plaintiff files this motion asking the Court to use its descretion to allow him to file additional brief/attachment to support his doc.70; Resp. to summary judgment. There's good reason here:

Initially, defendants filed 20-page long motion for sum. judgment, doc.65 along with over 50-page attachment/exhibit. The defendants then requested and this court granted them, filing additional 28-page long motion. doc.76. Defendants also attached another 50+ pages of exhibits.

Plaintiff Resp. doc.70 was 20-pages long with 82-page attachment. The proposed surreply is 14-page long (half of defendants' reply) along with 20-page of attachment. Thus, defendants are still way ahead in terms of lengthy of breaf and number of attachments.

Besides, defendants reply raise several arguments that they never raised previously. Plaintiff responses to those arguments now. Those arguments include the argument (1) plaintiff's claim 5 should be dismissed...because he failed to exhaust it even though he raised it after the time in which he alleged he was threaten. Doc.76, p.18; (2) That plaintiff could've skip filing BP.8, and so, he could simply filed BP.9 to the warden... Id, p.21; (3) Some of plaintiff's ARs have been granted..., Id p. 24-26; (4) Request for evidentiary hearing. Id p.26. In addition, defendants have expanded every portion of their previously made argument. In sum, without allowing plaintiff's surreply here, plaintiff will be tremendously prejudiced.

Moreover, recently this court asked the defendants to file surreply after plaintiff's Reply. Defendants did so. See doc. 55, 57.

"When a moving party advances in a reply new reasons and evidence in support of its motion for summary judgment, the nonmoving party should be granted an opportunity to respond". Beaird v. Seagate Tech, 145 F.3d 1159, 64 (10th Cir.1998).

For the above stated reasons, the court should allow the surreply.

Dated: May , 2024

Khayfan Kh. Mohamed, U.S.P. Florence, PoBox 7000
Florence, CO 81226

Khayfan Kh. Mohamed
s/ Mohammed

### CERTIFICATE OF SERVICE

I, Khayfan Kh. Mohamed declare that on May, 2024 have mailed my above named motion to: office of the clerk, U.S. Dist. Court, 901-19th st, Room 105, Denver, CO 80294-3589.

Dated: May 22, 2024          s/ Mohammed

page 1 of 1

EXHIBIT: 1

## DECLARATION OF MAILING

I, Khalfan Kh. Mohamed declares under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

On May 22, 2024, I have submitted for mailing my "motion for filing surreply", my surreply, supplemental declaration, and attached documents... submitted to the appropriate correctional staff here at B/A unit, U.S.P Florence. The mail is "legal mail" that meets all requirements for such legal mail, and with sufficient amount of postage stamps... Addressed to:

Office of the clerk,
U. States District Court.

Dated: May 22, 2024

Khalfan Kh. Mohamed
U.S.P. PO box 7000
Florence, CO 81226

Khalfan Kh. Mohamed
S/ Mohamed








Khalfan Kh. Mohamed #44623-054
U.S.P.-High, PO Box 7000
Florence, CO 81226

Legal mail

Office of the clerk
United States District Court
901-19th St., Room A 105
Denver, CO 80294-3589

Legal mail

FEDERAL PRISON CAMP
P.O. BOX 6000
FLORENCE, COLORADO 81226

DATE: MAY 22 2024

This enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Legal Mail.