Mohamed v. English et al. No. 22-cv-03213-GPC-MDB.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

## SUPP. DECLARATION AND APPX.

MAY 28 2024

JEFFREY P. COLWELL
CLERK

## TABLE OF CONTENTS: Plf's Declaration:

| | | |
|---|---|---|
| A | Defendants' Efforts to mislead | 1 |
| B | Declaration Based on My Personal Knowledge | 3 |
| C | Copies & Copying the Hand-written Documents | 4 |
| D | The Effects of Wiese's Inproper Conducts in making... | 4 |
| E | There Was No "Successive" or "Oustanding" Ad Rem. Here | 5 |
| F | Harvey Didn't Conduct "Daily Unit Rounds" on My Range | 6 |
| G | The Existance of Surveillance Cameras in the Relevant... | 6 |
| H | The ADX Doesn't Accept the Filing of BP-9 Not Proceeded by §° | 7 |
| I | The Three "Granted" AR's Don't Dispute that the Process is "Dead Ending" | 8 |

**Other Documents:**

| | |
|---|---|
| Copy of Plf's Request to warden: date: Nov. 10, 2022 | 12-13 |
| Copy of Request to "Harvey. dated. Nov. 10, 2022 | 14-15 |
| Copy of Plf's Request to psych. staff. dated Oct. 31, 2022 | 16-18 |
| Copy of AR's & Response on Removing "informal Resol." provis. | 19-20 |

Mohamed v. English et al, No. 22-cv-03213-GPG-MDB.

SUPPLEMENTAL DECLARATION & INDEX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Mohamed v. English et al. No. 22-cv-03213-GPG-MDB

PLAINTIFF'S SUPPLEMENTAL DECLARATION IN SUPPORT OF HIS SURREPLY THAT SUPPORT HIS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DOC. 70

1, Khalfan Kh. Mohamed declares pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1- I've read and reviewed defendants' "reply", doc. 76 along with its attachments and exhibits that include the four declarations ( Hall's, English's, Harvery's and Wiese's) and other papers. I hereby, redeclares that my statements set out in my previously made declaration in support to my response, doc. 70; are true and correct. Few clarifications will come below, however.

A- Defendants' Efforts to mislead...

2- While writing my response, doc. 70, I attempted as sincerely as a pro se prisoner could've done to follow the applicable practice standard. Earlier, I had requested from the clerk of this court to send me civil practice standard of Judge Galagher and Judge Braswell. However, I received GPG's standard for criminal cases, not civil. Besides, even if I actually received the civil one, I didn't then and I still don't know now; which of the two judges' standards govern!. In any event, I tried my best to follow judge Braswell's civil standard, particularly in responding to defendants' statement of facts and in presenting my own additional facts. ( See judge Braswell's "practice standards for civil cases, Revised, Dec. 16, 2022, at x° Summary judgment" ("Respondent") shall set forth their response to statement of undisputed material Facts... by preparing a statement to every single numbered paragraph... begin with... "Admitted" or "Denied".).

3- I believe I did my best to follow the court's above instruction. I thus, have no idea as to why the defendants accusing me of contradicting GPG's standards. ( see defendants' reply, Doc. 76, P. 3, n. 1.

4- Additionally, I've similarly attempted my best to support my facts with some relevant evedence "from the record. I did that, I believe, every where except where a "general reference" is accepted "because" the nature of the material fact does not permit a specific reference (e.g. "the contract contains no provision for termination" Id. P. 7 (3).

5- I can't, therefore, understand the defendants' misleading accusations that

on several occasions, my facts are "not supported by the record". See defendants' reply, p. 2, and n. 3 ("plaintiff's statements" all of AR's listed here were commenced..."; knts, defendants said "is not supported by the record". On n. 3, they accused "some of plaintiff's responses ...do not include a specific reference...).

6- Throughout their reply, defendants attempt to discredit my facts for lacking support from the record. (See for example. p. 5, at 4-16, p. 9, at (28), (32), p. 12 at (42), p. 15 at (58)-(59), (61) etc. That's, apparently, because the government doesn't believe that my sworn declaration that reveals, among other things, my personal experience to be a valid evidence...

7- In my Resp. doc. 70, SADF (32) I stated that "per plaintiff's own 24-years experience under BoP; the Counselor, and coun's counselor of the unit provides the BPR's. I cited in support, my App-x p-10, p.r.67. However, defendants then twisted my statement, stating "plaintiff's cited evidence shows that he received "forms" from staff...other than... Counselor. See Reply, p. 9-10, (32). Plaintiff's SADF (32) is about BP-8, in particular, and not just any other AR's "forms".

8- My Resp. at Appx. p-30 and 31; contains rejection notes of two of my rejected AR's. Page 30 is of Dec. 8, 2022 rejection. On reason: 1, states "You raised more than one issue". That was the only valid and intended reason (as the defendants and any one familier with BoP's AR's would've necessarily know). Yet, defendants intentionally omitted that no. 1, and only valid reason in their response to my SADF (38). See doc. 70, p. 11 at (38).

9- My Appx. p-31 is rejection note of AR's, dated Nov. 14, 2023. Again, the reason was because I raised more than one issue". That ADX's reason is further explained in "remarks (stating that, the request for access to law library and picking up my legal mail must be split, because, per BoP's standards: the "two issues" aren't closed enough to be included in a single AR. Defendants' reply, p. 11, at (38) adopted that conclusion, without any explaination, that the rejection was proper because I had "raised more than one unrelated issue".

10- The need or request to have access to law library and have my legal mail picked up is a single "legal issue, or at worst, two closely related issues under legal activity. However, the defendants and BoP in general deny and reject AR's according to their desires, per my experience in the past 24+ years.

11- Based on my personal experience on AR's program and how the staff run it; the two issues above, are much closer related than the issues I was forced to face in oct-and Nov. 2022; the depravation of my t.v., calls, commissary...

involved multiple possible violations based on the U.S. Constitution and Federal statutes, as I've alleged in my amended complaint. However; the issue of access to law library and collecting my legal mail, are hardly two different issues. And even if they're, they are both under one constitutional clause.

12- Based on that understand and experience, I saw it necessary to file multiple AR's, but the defendants prevented me as stated.

13- In my SADF (#9) after mentioning several reasons as to why I couldn't complained to the warden or other senior staff, I stated " Finally because of plaintiff's confirmed fears; Id pr. 52-53 (reference to my declaration pr. 52-53) he couldn't further put his life in danger by complaining to warden... See supra (18)-(30). Defendants here untruthfully accused me of contradicting my self. See Doc. 76 p. 13-14, at (49). No contradiction here. The referenced declaration pr. 52-53 provide the detail that the defendants chose to ignore. P.graph 52-53 detail my encounter my conversation with English in which he "confirmed" my fear. After that confirmation, I stopped commencing any AR and complaining to any executive or other administrative staff. For reminder of my time in D-unit. Only after arriving to J-unit on 4-4-23 I started to commence new AR and sometimes verbally complaining to staff. Thus, there's no "contradiction."

B- Declaration Based on my Personal Knowledge:

14- I made my declaration in support of my response, Doc. 70, as I make this one here based on my personal knowledge and experience as a prisoner who, among other experience, files 100's of AR's and helped many prisoners to do so. My experience also provide my a unique knowledge regarding how the Bop's staff, especially in the ADX- Florence deal with those AR's with prisoners, ...etc.

15- Among all parties and declarants involved in this case; I'am the only party to have experienced the Bop's mistreatments and abuses. That's not only once, but on several occassions. I am further the longest party to be within the Bop system, however. From the victim side of it. Per the three defendants' along with S. Hall's declaration, all these four staff started to be employed by Bop long after I've been incarcerated by it... Thus, my knowledge of the conditions and individuals; both staff as well as fellow oppressed prisoners, is unmatchable with that of the declarants here and even of many other fellow prisoners.

16- I cannot understand, therefore, the reason as to why the government questions the credibility of my personal knowledge and experience throughout their reply. Doc. 76 (see supra at 6), other than a serious and intentional effort to mislead and bring dought to this court concerning my facts and accounts.

3-

## C-Copies & Copying the Hand-Written Documents...

17- Per my own personal experience and practice; prisoners at the Adx Florence have two ways to obtain copy of their hand-written requests or documents. First: By writing such document and then giving it to appropriate staff, (almost always a unit's counselor) to make a photo copy of it. And second: by using, while writing, a carbon paper that produce a copy even though of lesser quality.

18- I've used both methods, depending on the number of copies I need, length of the document, its importance..., and the counselor involved. See infra section "D" for counselor Wiese's relevant effects.

19- The Adx-staff including all four declarants here necessarily know of the above fact... That's because the Adx authority has for all years I've been incarcerated there (from 2001) to late 2021 or early 2022, provided prisoners who requested the carbon paper for their hand-written requests and papers. Per my experience, every prisoner who send an important request or legal document maintain a copy. That copy may be of carbon paper or an actual photo copy.

20- After the Adx authority stopped providing free of charge carbon papers in 2021 or 2022, the Adx's commissary started to sell them to any prisoner who has money to pay for them. I've purchased carbon papers from Adx-commissary on several occasions.

21- My previously filed Appx (p. 28, 29) include copy of my two handwritten requests (or "cop-outs") which I submitted to counselor Wiese on Nov. 7, and Nov. 10, 2022, requesting the BP-8. The two requests here are authentic copies of the requests that I made with the carbon papers.

22- Besides the above two cop-outs, I've kept carbon paper copy of other requests that I've sent to other staff as I've declared in my previously filed declaration. Those include my written requests to warden Ciolli and unit manager Harvey (both dated Nov. 10, 2022), my request to a psychology staff (dated 11-3-22). See Appx p. 4, p.c. 26, p. 6, pr. 39-40). See the Appx. here, p. 123 (request to warden Ciolli), p. 1415 (the request to Harvey), and p. 16-18 (portion of my request/essay to psychology staff).

## D-The Effects of Wiese's Improper Conducts In Making Copies...

23- During and about the time of my writing and sending to the staff the above referenced requests; I had to rely on and use the carbon paper in making my copies for all of my written requests and Motions. That's because by that time counselor Wiese's conducts and treatments to me and my documents were both; intolerable and highly unreliable.

4-

24- Untop of and besides those mistreatments that I have mentioned previously in my prior declaration (See Resp. Appx p. 3-4, pr. 20-25, p. 5, pr. 29-32, p. 15-16, pr. 96-106) Wiese's conducts tremendously effected and interfered with my legal and administrative activities.

25- Among Wiese's improper treatments against me; he started opening and reading my legal mail, including that came from my attorney and but met all necessary ADX-requirements for legal mail. He also inspected and red my legal documents; handwritten and otherwise, and occassionally stole and confiseated some documents including those that my attorney sent me.

26- Additionally, with no valid reasons, Wiese delayed the requested copies sometimes for up to 10-days or more, even though I had already signed the copy payment he demanded

27- Wiese also, he started charging me for any copy that I requested. One or 100-pages, no difference, he wanted me to pay for any and all legal copies.

28- Moreover, Wiese occassionally would open my outgoing ADXs appeals and removed some attached paper to facilitate the subsequent appeal rejections. Several of my appeals were consequently rejected for failure to include some documents. That was because, as stated, Wiese had meliciously removed those documents.

29- Because of these and many other hardship created by Wiese, I had to stop asking any photocopying from him as long as I could used carbon papers. Any copy that I had to request from Wiese at that time must've been non hand written document. That otherwise I couldn't've coppied with the carbon papers.

30- Concerning the interference of my legal activities and documents mentioned above, I've filled two or more ADXs. That filing, however, was before Nov. 2022.

## E- There Was No "Successive" Or "Oustanding" Administrative Remedy Here:

31- When counselor Wiese threaten me with sunctioning my ability to file further ADXs, see APPX p. 5, pr. 32; Plfs' Ded; p. 22; Wiese's response to my BP-8's, and when Wiese and other two defendants were refusing to give BP-8 later on; in Nov. 2022; such threat and refusal to provide BP-8 were not caused by the fact that I was in "practice of filing successive Administrative Remedies" See movant's Appx. 3, at 13; Hall's declaration eclaiming an ADX-may se withheld if a prisoner files "successive ADX].

32- In addition, during those referenced times and events. I didn't have any "outstanding blank BP-8". see movant's Appx: 67 at 5, 31. at 2; Harvey's & Wiese's Ded's, respectively.

F- Harvey Didn't conduct "Adily unit Rounds" on My Range:

33- When I was housed in D-unit under the Unit manager Harvey, the unit manager didn't make round in my range on daily basis. See Morant's Appx 66-67, at 3: Harvey's decl. e stating, untruthfully, that he made round and spoke with inmates daily).

34- Contrary to Harvey's claim, he hardly visited my range once weekly. Some times a week or two may pass without Harvey making any round in the range. See also my prior Appx. p.10, pr. 70-71; Plf. Decl. e declaring that the unit team staff would visit the range quietly and a week or more may pass without seeing any one). (I've no direct knowledge, however regarding Harvey's comming to "the unit" daily... My knowledge and declaration is exclusively about comming to the range and him talking to prisoners daily... That's not true. However, perhaps Harvey did come to the "unit", without entering to my range and speak to prisoners. The unit, any unit, is a big place... Many staff comes and goes from the unit but without entering the ranges and interacting with prisoners).

G- The Existance of Surveillance Cameras in the Relevant Areas in ADX:

35- Per my own personal experience in the ADX in general and in the D-unit in particular, the surveillance cameras are virtually at everywhere. The ranges and hallways, much relevant here, are all filled with such cameras.

36- I often heard staff telling prisoners that they viewed or/will review the cameras to determine whether certain events have taken place. The staff who investigate events and the disciplinary officers all and always rely on the recorded activities via cameras, as I've personally experienced with the disciplinary staff.

37- In my declarations I've provided specific dates, places and names of staff members in which and with which certain events and interactions have occurred. Those events and interactions could be, perhaps with reasonably easiness verified or unverified by honestly reviewing the cameras.

38- My accounts for example: of interacting with Wiese and English, giving them requests or themselves picking up requests from my cell door, and in the case of English, comming to Rec. cage with my written request to warden and my conversation with him... my further interactions with psychology staff, the warden... On several occassions...; all of these can be verified or unverified by the help of the cameras.

39- As a prisoner, I don't controll the cameras. but the defendants do.

40- Additionally, per my own experience and a specially because of the type of my criminal case ("terrorism), staff maintain and carefully record all of my requests; especially; complaints.

6-

41- Per my own experience, and based on S.I.S. staff's statement to me, my and fellow similar so called "terrorists'" written complaints and substantive requests, are all maintained. ( Substantive; like those "complaints about the alleged plot to murder or assault me...etc. That's even though I don't believe that staff maintain my own or other prisoner's simple cop-out like those I request a photo copy...etc).

42- Moreover, the BOP's own regulations require staff to record, report and investigate serious misconducts and allegations. Threat to prisoners are among serious misconducts that require reporting and investigations. See program statement No. 3420.11 ( Standard of Employee Conduct, (12.6.2013)) Internal Affairs, Office. No. 1210-24, (5.20.2003)

## H- The ADX doesn't Accept the filing of BP.9 Not Preceded by BP.8

43- I am well familiar with the 28 CF.R. § 542.13 (b) provision cited by the defendants for the first time; Reply. Doc.76, p.21-22, that "An informal resolution attempt may be waived..." Id. However, the ADX staff have always refused to "waive" that filing stage. The "waiving" is completely in the hands of BOP's staff, not in prisoners'.

44- In my filing Ad's in Abx for the last 20-years or so, I've tried many times, in all units I've been housed in and with each and all relevant counselors, to file BP.9 without first filing BP.8, but in all occasions, not only counselors refused to consider my Ad's, but the Counselors themselves would first refuse / to provide a blank BP.9 that's not accompanied with the previously filed BP.8 response; and second, where I actually got BP.9 through other sources, the counselors refused even to pick-up such BP.9's that aren't accompanied by BP.8 response.

45- The Ad's papers / forms are accessible to prisoners like this: A prisoner asks for a blank BP.8 or "informer resolution" form from his counselor. If the counselor provide the form, prisoner would fill it and return to the counselor. When the counselor return the BP.8 with his response, he does so with an attached, new, blank BP.9. The process continues that way; when the counselor bring back the BP.9 response, he attaches the new, blank BP.10... He does the "same with BP.11.

46- In other words; prisoner, in order to obtain BP.9, has first to file the 8, and in order to get 10, has first to filed 9, and he can only get 11, after filing the 10.

47- It's true that I've previously declared that the defendants only denied me here the BP-8 to commence new Ad. However, that's in the context that I didn't ask BP-9, 10, or 11 , because I didn't need and couldn't get them.

7-

48- Few examples may clarify more. After the ADx staff almost killed me in their melicious attack on me in 2018; I tried in C-unit to obtain the BP-9 before the 8. The counselor, Ms. Torres, refused to give me one. Even though she recognized my serious and obvious need of the Administative intervention due to my serious injuries, she said she couldn't allow me to file 8 before 9 because that 9 would be rejected in any case. See Mohamed V. Jones _____ , for the detail of the assault and injuries.

49- Occasionally, I'd obtained BP-9 from other prisoners who'd received the forms upon receiving their BP-8's responses but then decided not to continue the filing process. However, in each of those times, the concerned counselor would refuse to pick-up the BP-9 after realizing that it wasn't attached with BP-8.

50- In early 2022 I did exactly that in D-unit with counselor Wiese. Wiese, as the previous counselors all did, refused to collect the BP-9 without BP-8 without even seeing whether I had raised a valid complaint or had an extra ordinary issue.

51- Following that, I decided to commence an AR. specifically asking the removal or modification of several provisions from the AR. Program. One of those provisions I had requested to be removed was that gives the AR. Coordinator discretion to whether to allow the BP-9 without prior filing of BP-8. See AppxP.19-20; My AR. and Response dated 7-27-22& 10-3-22, respectively.

52- Thus, even if it's true that the relevant regulation does allow the waiving of BP-8; the reality within the BoP or, atleast, within an ADx, doesn't reflect such regulations. That's true just as it's true that the BoP regulations prohibit abuse of prisoners, afford prisoners necessary medical, legal, religious, social ..., needs and services.... But yet; the BoP staff in daily bases conduct themselves contrary to those regulations' guidlines, and not without the U.S. Attorney's support, approval, and protection.

## 1 - The Three "Granted" AR's Don't Dispute the Fact That the Process is "Dead Ending"

53 - I've seen defendants' first time made argument that "some" of my AR's have been marked in the index as "GRT" which means "granted". See Reply Doc-76, p-2 Acciting Hall's declaration...), as well as their newly made argument that, besides those "some" granted AR's, there're "more than 180 other AR's logged with "XPC: 1d. which means some explaination (not relief) were provided.

54- Defendants don't actually produce and copy of the "granted" remedies. All that there's is the three pages of index and Hall's own explanation. I cannot at this time and without seeing the actual copy of the AR's, agree with their existence.

8

48- As stated above, I've tried for years to do just that and with valid reasons but the ADX would refuse even to process my AR. As an example in 2018, in c-unit. and while I was severely suffering from the many serio

55- Defendants' provided "index": Movant Appx. 51-53, listed three, purportedly, "granted" ALIs. The first of the three has status date: 10.20.2005 that was about "delays in receiving mail". The second has status date: 3.10.2008, that was about "restrictions on correspondence (SAM). And the third one has status date: 8.4.2008, that was about "wants to see eye doctor". Id.

56- When writing my previous declaration and arguing in my response; doc. 70; that all of my ALIs... have been denied. At that time I couldn't recall any AL that was ever granted.

57- However, after seeing the "index" and long effort in attempting to remember events that occured some 15-20 years ago, I could finally remember one, and only one "granting" of AL. That was, I believe, about mail restrictions that limited my mail into 6-pages... It's likely the one of 3.10.2008, but could be that of 10.20.2005.

58- The three purported granted remedies age between 16 to 19-years old. Defendants don't produce any evidence or even suggestion that there is any granting of my AL. after that of 8.4.2008 (the newest one).

59- More importantly, however: A careful and proper analyses here proves that in the past 25-years or so, the BOP only granted one, and only one AL that I had filed against its staff or its conduct.

60- That's so because my declaration and argument was + that the BOP has never granted any AL that I had filed against itself or its staff. See Resp. Doc. 70, p. 14-15; Appx. p. 13-14, pt. 87-98; Plf Decl.

61- Therefore; my argument is that BOP. refuse to grant any complaint I file against it or its staff.

62- Now; From my initial incarceration in 1999 to Nov. 2015, I was held under Special Administrative Measures ("SAMs"), which are restrictive conditions of confinement authorized by the US-Attorney General. See 28 CFR §501.3(a). See also Ghailani v. Sessions, 859 F.3d 1295.98 (10th Cir. 2017). ("Stating that "The Attorney General must first instruct the director of the BOP... "to issue the SAMs... The restrictions" may be extended...upon written notification from the Attorney General); Tsarnaev v. Garland, 2022 US. Dist. LEXIS 39974, Civ.Act. No. 21-cv-00010-MEH, March 7, 2022 at Lexis 22-25.) (Analysing the BOP's role on SAMs prisoners...).

63- Whatever the above cited cases may provide; it's a fact that the government can easly verify here that: first: my correspondence including the mail I complained about in 2005 and 2008, were processed under SAMs' terms and by the FBI agents; not the BOP officials. And second: Any SAMs' modification like the one that's likely follow the granting of those two SAMs related complaints, such modification came and authorized from and by the Attorney General. In other words my two AL. cited above were directed to FBI agents and SAMs restrictions. The Attorney General authorised the granting of my ALis

-9-

64-The Attorney General authorized "SAMs" restrictions on me for the last time dated: Dec. 8, 2014. On its last page and last paragraph states:
"These conditions are imposed by the BOP at the request of the Attorney General, through his designated agent, the Assistant Attorney General".

65-Accordingly, the purported granting of the two AR's on my correspondence restrictions under SAMs, see supra, at 55; is irrelevant for the purpose of determining whether the BOP grants my AR's or not. Those alleged grantings weren't made by BOP just as my AR's complaints weren't directed against BOP's activities or the activities of its staff.

66-Thus, the only granting that may be relevant here is that concerned with my request to be seen by an eye doctor. The status date there, is 8.4.2008, see supra at. 55. If the defendants have actually provided the copy of my AR and the BOP's response that granted it, then the defendants may've been able to show that in the past quarter century or so and among close to 400 AR's I've filed so far, they've granted one AR. And that's 16-years ago.

67-Because defendants failed to provide such copy, I cannot agree that such granting occurred because neither I can remember the events took place back then nor can I sincerely trust or rely on defendants' and their colleagues' accounts.

68-The defendants and S. Hall have all denied the existence of my Nov. 2022 requests to the warden, unit manager Harvey as well as other interactions... Yet, they attempt to dig out records that go back to almost two decades ago! It might be something else other than official dishonesty... But I've to see the copy of "granted" ARs. They fail doing so.

69-Additionally, as an experienced AR's filer in the BOP; I cannot even with good faith efforts, understand the purpose of "XPC" or explanation status to AR's. See Defendants' Reply p. 25 (citing Hall's Decl.), neither can I see any benefit to me from such vague "explanation".

70-Per my own feeling experience and my assistance to other prisoners in the AR's filings – when a prisoner spends his money, time and, in the case of Adx and specifically under Counselor Wiese's counselorship, goes through humiliation; the prisoner does that with expectation of at least some or partial relief. I never feeled an AR asking for "explanation". And I know no prisoner who does so.

71-That's because the BOP staff in the institution/Adx itself has always a lot of "explanations" and justifications for their misconducts. For example; when they almost maliciously killed me in 2018; they explained that was because I attempted to assault staff. When they did the same in 2020; they explained that some some will conduct secret investigation...

-10-

72- As for the restrictions at issue here, the ADx also had plenty of explaination. Before my commencement of AL #1139955, the defendants had attached a clear announcement on my celldoor "explaining" to me and every one else why I was subjected to the restrictions, who was incharge, and what I'll have to do to get the restrictions off my back. See the amended complaint doc. 59, p. 12 at 65. Similarly, when I filed the above cited AL, the warden repeated that same "explaination and justification. After commencement of that AL, the defendants decided to prevent me from any further filing of new AL.

73- As I've declared previously, See Resp. Appx. p. .pr. ; Plf. Dec., after English clearly threatened me on Nov. 22, 2022, I confirmed my previous fears. After that decided not to commence any further AL, talk to senior staff complaining of defendants' refusal to provide me AL. or attempt to obtain an extension... Id.

74- However, I did complete filing of my active, previously commenced AL's, and I continue to litigate my cases and even initiate this one. That's because, unlike commencing an AL that necessarily expose me to direct and immediate interaction and confrontation with the counselor and his fellow unit team members, such completion and litigation don't expose me to these hostile staff since they're not envolved in processing and deciding these AL's CB-P-10 & 11, are decided and dealt with by the Regional director and Central office, respectively) and court's proceedings.

75- As stated above, supa. p. 7 pr. 45; a counselor must provide prisoner a new, blank AL any time when he deliver him the response of previously filed AL. Hence, when a counselor gives me the response of BP-8 he must give me new BP-9; when he give me BP-9's response, he must give me new BP-10...etc.

76- Therefore, even with a serious and confirmed fears and threats as the ones I was facing, it's much safer to complete and old AL's and litigating in the court than commencing new AL. That's especially true considering the fact that counselors, including these, demand to know the issue I'm filing against before he give me new BP-8... No counselor asks prisoner the reason of filing other levels of AL's; BP-9, 10 & 11.

77- After arriving here; unit 8/A, U.S.P. High, Florence from ADx in sept. 2022, I found the unit lacks a regular law library exists in every unit back in the ADx. Also, there's no regular counselor or any other staff to pick up our legal mail daily...I therefore filed a B.P-8 and then 9 including the "two issues" in a single AL "under one legal activity and same Constitutional alleged violation. But the U.S.P rejected the BP-9, cleaming that it raised two unrelated issues. See Appx Resp. p. -31, (note dated: 12-14-22)

I declares under penalty of purjury pursuant to 28 U.S.C. 1746 that foregoing is true and correct.

Dated: May 22, 2024                    S/Mohammed

-11-

1-

TO: A. Ciolli, Complex Warden
ADX- Florence

NOV.10,2022

From: Khalfan Kh. Mohamed. Reg.# 44623-054, D-Unit, 604

RE: REQUEST CONCERNING THE ON-GOING RESTRI
CTIONS AS A RESULT OF MY FAILURE TO PAY
$50.00 A MONTH AS DEMANDED...

Dear Warden:

I'm writing this first: to inform you directly what's going on. And second, ask you to remove these unnecessary hardships and restrictions.

1- ENCUMBERANCE OF MY MONEY AND THE STATED REASON: Almost a month ago, case manager asked me to agree paying $50.00 every month. I was already paying $25.00 a quater. I said, I couldn't pay $50.00 a month because I only get $50.00 a month, and have to pay $20.00 (40%) for my 2- cases. He said he'll encumbrance my all money. As a result, all money is blocked. I can't ever purchase stamps, or other writing materials/legal... while I've 2-active cases.

2- THE REMOVAL OF MY T.V. For about 2-weeks or more now, my t.v. is unplugged. I'm told I'll get it back if I agree to pay the amount demanded.
As you know, T.V. apart from news and entatemant, I use it for my religious programs, Educational...etc.

3- THE TAKING OF MY SOCIAL P. CALLS: I also am not allowed to call my family or my attorney. The calls are the only means of communication with my family. I've an elder, sick parents and siblings... + I use the social call as part of my religious duty to call my family and keep family's ties alive.

4-MY CONCERNS/FEAR: Is that staff provoke me for another pre text to physically assault or ever kill me. I've learned that the plan is to get me "refusing programming" (by force) and then send me to (-Unit or else where for yet another assault or worse.
I've no intention to be violent or otherwise violate your

12-

2-

your regulations. I'll follow your staffs orders.

As the Warden, I expect that you'd ensure my safety and well being. I'dn't expect nor ask that from you had not the law of the land put you in your official position.

In case you're not aware; I've been violently physically assaulted twice in the past 4-years. I don't feel safe, and I am not. My fears are of your officers and never fellow prisoners. As the official in charge, I ask you to ensure my safety...

5- OTHER REQUESI: I'm asking, respectfully, to non block my account. I've refused to pay once I've the amount required by the policy. But I don't have that amount now... Even I'd I agree to pay $50.00 monthly, I only get $30.00, after $20.00 goes to court for my cases.

- I need postage/writing, medical... and religious items from commissary too apart from food to supplement my trays.

- T.V. as mentioned, I use it for religious activities too. And I need to learn what's going on in News, and participate in Educational programs.

- Phone call: is the only means of communication with my family... And religiously I'am required to keep in touch with my family.

I am asking your office to remove these unnecessary restrictions that substantially harm and burden me in my daily legal, religious and social life.

Staff often tell prisoners, "we can't give you legal advise." I'am not attempting to do that here. I'm sure you're with good legal experts and difenders.

But in case you may ask them... If these unnecessary restrictions persist, I may choose to go to the court.

I predict, if I may. You may say then, you're entitle o a immunity... I'll say: No. The Warden knew what's wr ...my Religious, legal... etc. rights have been long established

Thank you.                    13

1-

TO: Mr. HALVEY | THE Unit manager AND THE
    REST OF UNIT TEAM
        A-DX- FLORENCE -D- UNIT

FROM: Mohamed Khalfan, # 44623-054, 604, D-Unit
    RE: ANOTHER REQUEST CONCERNING THE ONGOING
    RESTRICTIONS ON ME...
Dear the Unit manager/and the Unit team:

1- As you know, for weeks now I'm not allowed
to make my social calls, go to the commissary, or /and
to have an access to the television... All these restri-
ctions are based on the pretext that if I refused
to pay $50.00 per month. while I only receives $50.00
per months.

2- Mr. Harvey, I've been in this prison for the
the last 20+ years... Some times I refused to pay
in the past... But there's no time where I was subjected
to these kind of unnecessary restrictions... What you're doing
along with your unit team members and the ADX's admini-
stration is not illegal only, but un precidented:

3- The restrictions on my calls t.v. and commissary are in
violations of various of my constist, and statutory rights
...Involving my Religious and other rights... You all know that.

4- Please get these restrictions lifted. If continue, I'm
informing all of involved staff, that I may potentially sue them
There, you may claim to be entitled to ⊖ immunity. You
may ask your attorneys right now... what you're doing

2-

doing is in violation of my rights... You prohibit me from buying my religious items in commissary, stamps..., medications ...etc. You took the tv, that gives me the only religious programs... available...etc, and you took my social calls that's the only connection between me any my family... which I'm religiously required to keep in touch with... So you may decide to ask your attorneys before you eventually claim the Q. immunity ...I'll use this cop-out, among other things, to say: You knew what you're doing is legally wrong.

5- Finally, you've denied me even the grievance forms that for the last 2-weeks + I've been requesting to file on those restrictions: t.v., calls, and commissary... Once again, this's also ur precedental.

You cannot legally subject me to unnecessary restrictions, or any to restrictions—for that matter, and then denied me the opportunity to file grievance over those restrictions... I've put 3-different Requests for BP-8, and asked the relevant individual/counselor, but no grievance is given to me, and no explanation either... You're an experienced staff, you know for sure that what you and your unit team and the administration doing, is illegal and in violation not only of my federal rights, but also of BOP's own regulations.

* Just in case: this's a request. Is not a threat. I don't know how to threaten staff.

Mohammed
Nov 10, 2022                    15

1~

To: Dr. Garber/ the Psychologist   (Oct. 31, 2022).
   ADx- Psch Dept

From: Mohamed Khalfan # 44623-054. D-604
   ESSAY ON JUSTICE...

A. WHAT's JUSTICE? "The process or result of using laws to fairly judge and punish crimes and criminals" it's also "the quality of being fair or just" (Merriam-Websters Advanced Learner's English Dictionary. p 889)

That's justice. In any case it involve "fairness" in judging or punishing people

The BOP's famously known as an agency under the U.S. Dept. of Justice. And that makes every staff within it as employee or representative of that dept. But before we check the issue of Justice within the BOP itself, let first look at the same issue, though in different way, in other societ- ie. This may help one to grasp the level of Justice that is to be found within the dept. Of. Justice.

B- JUSTICE /FAIRENESS IN OTHER/NON-HUMAN SOCIETY: When one look at animals in the jungles, fishes in the oceans, and birds in the sky, he will come to some conclusion that: these societies have a system or specific way of doing business. Certain animals, fish and birds for example, the go out to feed, and come back at a certain time and manner. So when they deal with an outsider or enemy, or they tend for their injured, or commemorate a death of one

16

what you want.. Lie to the Court, under oath, that certain practice is no longer there, so to get prisoner's case dismissed, and tomorrow, you yourself, help to do the same practice again...

## E- WHAT NEXT MURDER Him

Counselor and his team's plan is to send me to C-unit and kill me. This was a plan planned almost 2-months ago when I declared hunger strike. He and his same minded people had planned to get to some where, most likely C-unit. It was agreed to set all cameras/video off and then kill me once for all.

I Learned this and I was out of H.S. Now, Counselor and his people created another pretext to trap me. They intentionally demanded me to pay amount of money that's more than I receive, so, I can fail to pay. After that they take t.v. phone, commissary ...as they stick announcement on my door that I refused to program... The paper is intended to advertise me so when I'm sent to C-unit and eventually killed, will be used to say. Yea, he was violent prisoner, never programmed...

I often tell my nephews and nieces that when you hear that I'm murdered or dead pray for me. One asked me why uncle you say that? I said: 80% of possibility is that they'll kill me here.

I never seen a staff member before in my 23+ years, so violent, so unprofessional...as these. I think

17

18-

I think he's the one chosen by the Administration.

True, murdering me may end my lawsuits and prevent truth from coming out, but that will never end the RUP's injustice, not against a single muslim prisoner, but against 10's of thousands American prisoners who daily suffer from the hands of violent staff like Rush, Multon, and Wiese.

Someone said that "When you want to look/measure society's progress, see how they treat their prisoners. Here we're The most advanced country, richest, more military powerful, host of $\frac{2}{3}$ of all global lawyers..., Yet it's agency cannot follow it's own rule and regulations when a muslim prisoner does some thing, not really illegal, but unpleasant to his masters.

The advancement, success, and really progress of a country or society is based on its system of justice and fairness towards its subjects. And not militarism... that sprayed over to prison.

Long time ago, we had a warden here very respected warden. He maintained that his duty was to see staff treat prisoners fairly. No one came after him like him.

Wiese and ADX may, and most likely will kill me. But the real justice and truth will never be murdered by them or anyone else. Truth always prevails.

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Mohamed Khalfan K.__          __44623-054__     __D-610__     __ADX__
LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT      INSTITUTION

Part A - REASON FOR APPEAL  The Reg. and warden failed to adequately respond.
- The Admn. Rem. Program (ARP) and its origin, sources are in violation of my constit. rights and must ceased to be used, or, at least substantially amended + modified.
- Provision 8, a, b: Informal Resol. must be removed... No complaint resolved via this stage ... instead, the prov. is used to disrupt + and delay the complaint, and reject compl. the as untimely... The descretion should be taken from the warden and Admn. Rem. co-ordinator.
- Prov. 8 - C(1) through c(3), is also illegal constitutionally... The forms under thes requirements unnecessarily limit what I can write in my complaint. The 1st. page must be a whole full page, not 4 pages. The first page never been used in response. Also, the addit. copies requirement is unnecessary, must be removed.
- Prov. 8, a, b; Initial filing: 20-days deadline must be removed.
The 20-days is too short time, it must be 2-years as Fed. Tort claim, at least.
- Prov. 9, a: Appeal D-lines must be expanded substantially.
- Prov. 10, a: Assistance in behalf of other inmates, must be removed... I must be allow to file on their behalfs... prisoners lose their rights and get killed because are incapable of defending themselves... in short, the ARP must be removed, it never worked. Its alway used to bury your grievances... filed 330 grievances, non is granted. The progr. is illegal + and 100% failure.

__7.27.22__                                              __mohammed__
DATE                                              SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED
AUG 05 2022
Administrative Remedy Section
Federal Bureau of Prisons

_____                          GENERAL COUNSEL
DATE

ORIGINAL: RETURN TO INMATE           CASE NUMBER: __1154402__

Part C - RECEIPT
                                     CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

                              19-

_____                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE

**Administrative Remedy Number 1115440-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal, in which you assert the administrative remedy program is
unconstitutional and violates your rights. For relief, you request
several changes be made to the administrative remedy program such
as: removal of the informal remedy process; allow full page usage
of the forms rather than half a page; extend the filing deadlines;
and allow inmates to file on behalf of one another.

We have reviewed documentation relevant to your appeal and based on
the information gathered, concur with the manner in which the Warden
and Regional Director addressed your concerns at the time of your
Request for Administrative Remedy and subsequent appeal. The
procedures governing Administrative Remedies are clearly defined in
Program Statement 1330.18, Administrative Remedy Program. This
Program Statement, as well as all others, are promulgated by the
Director and governed by Federal regulations, often citing the United
States Code.

The multi-tiered administrative remedy process is an attempt to grant
relief to conserve judicial resources. By filing an informal remedy,
staff are able to attempt to address the issue prior to filing a formal
written complaint to the Warden. Deadlines are made deliberately long
to accommodate mail time. In some circumstances, inmates are
permitted to file requests on behalf of other inmates. Although
changes to forms may occur in the future, presently we find no need
to make alterations. You are permitted to continue to file a
continuation page if necessary. Lastly, you provide no basis for
needed changes to the aforementioned policy other than you appear
to find steps of the process inconvenient.

Accordingly, your appeal is denied.


___10-03-2022___                    _J. Connors_
Date                                Ian Connors, Administrator
                                    National Inmate Appeals

20-