FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 03 2024
JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES' DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. English et al  No. 1:22-CV-03213-GPG-MDB.

PLAINTIFF'S MOTION FOR 30-DAYS EXTENSION TO FILE HIS OBJECTION ON COURT'S ORDER, DOC. 83

Plaintiff files this motion requesting 30-days extension to file his objection over the court's order, doc. 83 in which the magistrate judge recommended the dismissal of this case. Plaintiff states:

On 8-20-24 the court recommended the dismissal of this case, in accordence to governments argument. Plaintiff intends to file his objection here. But he ask the extension of the deadline. The Court's order showed that the objections deadline is due on sept. 3, 2024. Plaintiff asks thirty days, beyond that deadline.

Plaintiff needs the extension for the same reason he's been citing to this Court recently: Lack of adequate access to the law library. The unit B/A, U-S-P- High doesn't have a stand-alone law library. He's, force, therefore, to depend on the two communual computers that are used simultenously by the rest of his range for downloading music, sending-reading emails, sending requests to staff members..., and conducting their own legal reserches. Besides, the unit is on freequent lockdowns because of which prisoners may have no access to even those two, everyone computers.

Plaintiff intends to try his best to meet the 30-extension dead line, but in case he'll not abble to do so, he'll request another extension.

-1-

Moreover, as this court should be aware, plaintiff is currently faced with previously set deadline. See Mohamed v. U. States, No. 1:21-cv-02676-NYW-MDB (on Aug. 5, 2024, status conference, per plaintiffs' request, the Court set deadline for responding to government's motion to dismiss on Sept. 23, 2024). Therefore, plaintiff must work, as he does, on both deadlines at the same time, which further increase the possibility that he might need another extension.

For the reasons stated above, plaintiff asks 30-additional days to file his objections over the court's order, doc. 83.

Dated. Aug. 27, 2024
Khalfan Kh. Mohamed
U.S.P. High, P.O Box 7000
Florence, Co 81226

Khalfan Kh. Mohamed
S/ Mohamed

---

CERTIFICATE OF SERVICES

I, Khalfan Kh. Mohamed, hereby certify that on Aug. 27, 2024 have mailed my above titled Motion, addressed to: Office of the clerk, United states District Court, 901-19th st; Room A105, Denver, Co 80294-3589.

Dated Aug. 27, 2024
Khalfan Kh. Mohamed
U.S.P. High, P.O Box 7000
Florence, Co 81226

Khalfan Kh. Mohamed
S/ Mohamed

## EX: 1

## DECLARATION OF MAILING:

I, Khalfan Kh. Mohamed, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the below statement is true and correct:

On August 27, 2024 I've submitted my legal mail with attached motion to the Approate staff member for mailing... The legal mail meets all requirements of such mail here, and enough amount of first class postage stamps attached. Addressed to:

Office of the clerk, United States District Court, 901-19th st., Room A105, Denver, Co 80294-3589.

Dated, Aug. 27, 2024
Khalfan Kh. Mohamed
U.S.P. Florence, High, P.O. box 7000
Florence, Co 81226

Khalfan Kh. Mohamed
s/ Mohamed

Khatfanzkh Mohamed #44623054
U.S.P. Florence, PO Box 7000
Florence, CO 81226

AUG 27 2024

legal mail

FEDERAL PRISON CAMP
P.O. BOX
FLORENCE, COLORADO 81226

DATE: _____

AL/LEGAL MAIL
...dress for forwarding to you. The letter was ...ither
opened nor inspected. If the write...
problem over which this facility...
to return the material for furth...
If the writer encloses correspon...
addressee, please return the enclosed to the above address

legal mail

80294-250151

Office of the Clerk
United States District Court
901-19th St, Room A-105
Denver, CO 80294-3589

DENVER CO 802
29 AUG 2024 PM 8 L

legal mail

FOREVER USA
PURPLE HEART