FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2024

JEFFREY P. COLWELL
CLERK

IN THE U.S. DISTRICT COURT

DISTRICT OF COLORADO

Mohamed v. English et al, No. 1:22-cv-03213-GPS-MDB.

## PLAINTIFF'S MOTION FOR AN ADDITIONAL SEVEN DAYS EXTENSION TO FILE HIS OBJECTION

Plaintiff files this motion to ask another (7) days to file his objection to Magistrate's Recomm. doc. 83.

Yesterday, 9.9.24 Plaintiff received courts order, doc. 85 granting him 10-days extension, following his motion, doc. 84, in which he requested 30-days extension.

Plaintiff has no way to meet the 10-days extended deadline, which may fall on 9.13.24 or 9.14.24; next 3-4 days including the weekend where there's no mailing here.

Plaintiff needs the seven days so to write some kind of objection, even though may not be as an adequate as he needs and need to be... Plaintiff's reasons for extension are the same that he stated in his motion doc. 84.

For those reasons, plaintiff asks the courts 7-days more extension to include Sept. 20, 2024.

Dated 9.10.24
Mohamed Khalfan
U.S.P. High, PoBox 7000
Florence Co, 81226

Khalfan Kh. Mohamed
S/ Mohamed.

### CERTIFICATE OF SERVICE

I, Kh. Kh. Mohamed certify that on 9.10.24 have mailed my motion to: Office of the clerk U.S. Dist. Court, 901-19th. St. Room A105, Denver, Co 80294-3589.

Dated: 9.10.24
S/ Mohamed.

EXH: 1

## DECLARATION OF MAILING:

I, Khalfan Kh. Mohamed, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

ON 9-10-24. I've submitted for mailing to the appropriate prison staff my motion for additional seven days extension... My legal mail on which the motion is placed meets all requirements for such a legal mail and is attached with sufficient postage stamps for the first class mail. Addressed to:

Office of the Clerk, U.S. Dist. Court, 901-19st, Room A105 Denver, Co 80294-3589.

Dated: 9-10-24

Khalfan Kh. Mohamed
U.S.P-Flqh, PO BOX 7000
Florence, Co 81226

Khalfan Kh. Mohamed
S/ Mohamed

Khatfaw Kh. Mohamed, 44623-054
U.S.P. High, Box 7000
Florence, CO 81226

DENVER CO 802
12 SEP 2024

Legal mail

80294-250151

Office of the Clerk
United States District Co[urt]
901-19th.st. Room A 105
Denver, CO 80294-3589

DENVER CO 802
12 SEP 2024
*legal mail* —

Khatan Ki Mohamed, 44623-054
U.S.P. High, Box 7000
Florence, CO 81226

Office of the Clerk
United States District Court
901-19th st. Room A105
Denver, Co 80294-3589

80294-250151

legal mail

legal mail:

SEP 11 2024