IN THE UNITED STATES DISTRICT COURT

**FILED**

FOR THE DISTRICT OF COLORADO

UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2024

Mohamed v. English et al No.22-cv-03213-GPG-MDB   JEFFREY P. COLWELL
CLERK

PLAINTIFF'S RULE 65 (a)(b) MOTION FOR COURT'S ORDER INSTRUCTING
THE BOP TO STOP DEDUCTING PLAINTIFF'S FUNDS FOR THE FILING
FEES THAT PLAINTIFF HAS ALREADY COMPLETED PAYING THE
REQUIRED AMOUNT

Plaintiff respectfully files this motion requesting the mentioned
order. That's because, even though plaintiff has paid off all
filing fees for the three cases; Mohamed v. English et al al.;
Mohamed v. Jones et al. No. 1:20-cv-02516-RBJ-MDB; Mohamed v.
v. States, No. 1:21-cv-02676-NYW-MDB; since atleast Nov. 2023, the
ADX/BOP. Trust Funds continues to take plaintiff's money, sendi-
ng it to this court for filing fees for atleast two of these
three case. At the same time, the BOP denied plaintiff's requests
and appeals that since plaintiff has completed the payments
the BOP should no longer keep deducting money from his
account.

   Argument:
   First, the court has jurisdiction here. Plaintiff sues the indi-
vidual and official staff along with the government itself. More-
over, the staff who send the money to the court are governme-
nt's employees. Finally, the staff send the money while claimin-
g that they do so per this courts orders. All these establish
that the court has the necessary jurisdiction over this motion.
   Plaintiff seeks courts TRO or pleminary injuction that would
result into the government stopping to the above act. There are
four relevant factors. here are; irreparable injury;(ii) substantial likelihood
to prevail;(iii) whether the threaten injury outweights whatever damages
the injunction may cause the opposing party; and (iv) if it's issued,
the injunction wouldn't be adverse to the public interest. See Herrera v.
Santa Fe Pub. Sch. 792 F. Supp.2d 1174, 1161 (Dist. Colo. 2011).
   The court's Fees at issue here are governed by the federal
statute; PLRA 28 U.S.C.§ 1915. In its relevant part it say:
   "In no event shall the filing fee collected exceeded the amount
of fees permitted by statute for the commencement of a civil
action or an appeal..." Id at (b)(3)

(1)

Per the above PLRA's language; in no event plaintiff is required to pay additional money over the $402.00 required amount. That language is clear and thus, determinative. See God's storehouse Topeka church V. United States, 98 F.4th 990, Lexis 10 (10th cir. 2024)("...in all statutory construction cases, we begin with the language of the statute... It is a well established law of statutory construction that, absent ambiguity or irrational result, the literal language of a statutes controls...").

Plaintiff Has Completed the Payments for All Three Cases:

For Mohamed v. English, Id: There were two times payment that completed the $402.00 required amount. On Aug. 22, 2023 the ADX Trust Fund sent the initial payment of $13.00, as ordered by the court. See the attached record; p. 2. On 5.31.2023, the ADX sent, per plaintiff's request, the $389.00; remaining amount. See Id.

For mohamed v. Jones & mohamed v. v. states Id. The last payment in Jones: 20-cv-2516, was made on Nov. 7, 2023. See Id p. 3 (receipt show payment of 60.85). And the last payment in Santisteven (02676) occurred in the day. Id p. 4 (receipt shows payment of 50.25). These two last payments for the two cases were made by plaintiff's attorney per plaintiff's request. (the Attorney, Ms. Rosendahl, does not represent plaint in any of these three cases).

The BOP Denied Plaintiff's Request to Stop Deducting His Money: Since last Nov. (2023), plaintiff has been asking the relevant staff to stop sending the money for court's fees because he has completed the payments, but with no success. On several occasions he verbally and writing requested from his Unit Team members. (counselors). The Unit Team appears to understand the documents plaintiff show as proof of the payment, but Trust Fund declined to stop sending the money. Plaintiff also filed Adm. Remedies. But his BP. 8, 9, and 10 were denied, and thus the deduction continued. See Id p. 5-9 (The Regional director's Resp. Id. p. 9 avoided the relevant issue and decided to argue for the FRP... which had nothing to do with the situation). In his Adm. Remedies plaintiff attached the Receipt of Nov. 7, 2023 payments and informed the Trust Fund and the Region, the date of the two payment in English. Id. Moreover, the

unit Team staff (counselor Ms. Lois and mr. Paulman, I also sent the relevant receipts to the Trust Fund, but the Trust Fund refused to stop sending the money to the court. Id. p. 14; 5. The Trust Fund is in control of its own records; it exactly know how much mohamed sent to the court and when...

The BOP continues to send Plaintiff's money to court:
In the attachment; there's last 6-months financial statement. See p. 10-13. It shows that the Trust Fund continues to split plaintiff's $50.00 he receives monthly... and send almost half of that for two cases... Plaintiff doesn't entirely understand the numbers. It appears that at least some money sent back to plaintiff's account after being sent to the court.

There's Irreparable Injury; substantial likelihood to prevail; the injury outweights any damages to Government; and the Injunction is not an adverse to the Public Interest;

The irreparable injury is obvious here; Plaintiff usually receives $50.00 monthly. He depends on that money for his essential needs from the commissary; Tru Links/Emailing, copying... purchases; legal copies, and publications or books he purchases. Id at 14; 3-4 The Adx's practice of taking close to half of plaintiff's monthly incomes, deprives him of his ability to purchase what small things he can otherwise afford in timely manner. Id. 14; 4. For example; when he requested from his attorney to make the remaining payment for the two cases on NOV. 2023; he was expecting to have the monthly $50.00 untouched so he could order some books; But since the Adx continued to take his money, he couldnt order books... Id. . Beside his above mentioned necessity; he also pay his IFLP quarterly payment from the $50.00 he gets... In short; plaintiff is been forced into unnecessary hardship Id; p. 14; 8
plaintiff should prevail here. As shown above; the PLRA clearly forbids the BOP's act here... The law in no event permits taking plaintiff's additional funds after he has payed the required amount.
If the court tells the BOP to stop this illegal act, the government will suffer no damage whatsoever.
Finally, the requested injunction is not an adverse to the public's interest. The public interest lay in following the law and not in violating them.

(3)

Conclusion:

For the above Reasons, the Court should order the government Not to send any money from Plaintiff's account for the Court fees in the three cited cases.

Dated: Oct 9, 2024

Khalfan Khi Mohamed
U.S.P. Florence, Box 7000
Florence, Co 81226

Khalfan Khi Mohamed
S/ Mohamed

CERTIFICATE OF SERVICE

I, Khalfan Khi Mohamed, certify that on Oct. 9, 2024 have mailed my above titled motion to the court, addressed:

Office of the clerk,
U.S. Dist. Court.
901-19th St. Room A 105
Denver, Co 80294-3589

Dated: Oct. 9, 2024

Khalfan Khi Mohamed
U.S.P. Florence Box 7000
Florence, Co 81226

Khalfan Khi Mohamed
S/ Mohamed

(4)

EXH:1

Appx: p.1. through. p-14

## All Transactions

1.

[PRINT]

| Inmate Reg #: | 44520** | Current Institution: | Florence FCC |
| Inmate Name: | MOHAMED KHALEAN | Housing Unit: | FLC05A |
| Report Date: | 02/02/2024 | Living Quarters: | B01-411L |
| Report Time: | 3:42:10 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/1/2023 12:10:51 AM | PLRA Payment | ($48.21) | XFLXD076 | 2614 | $195.59 |
| 8/1/2023 12:10:51 AM | Debt Encumbrance - Released | $10.00 | XFLXD076 - 4868 | | |
| 8/1/2023 12:10:51 AM | Debt Encumbrance - Released | $10.00 | XFLXD075 - 4867 | | |
| 8/1/2023 12:10:51 AM | Debt Encumbrance - Released | $38.21 | XFLXD076 - 4864 | | |
| 8/1/2023 12:10:51 AM | Debt Encumbrance - Released | $38.21 | XFLXD075 - 4863 | | |
| 7/26/2023 10:10:43 AM | Sales - No FP (Non-FP Session) | $0.00 | 26 | | $243.80 |
| 7/19/2023 9:44:18 AM | Sales - No FP (Non-FP Session) | $0.00 | 34 | | $243.80 |
| 7/15/2023 5:01:06 AM | Debt Encumbrance | ($10.00) | XFLXD076 - 4868 | | |
| 7/15/2023 5:01:06 AM | Debt Encumbrance | ($10.00) | XFLXD075 - 4867 | | |
| 7/15/2023 5:01:06 AM | Lockbox - CD | $50.00 | 70187901 | | $243.80 |
| 7/14/2023 12:06:19 PM | Debt Encumbrance | ($38.21) | XFLXD076 - 4864 | | |
| 7/14/2023 12:06:19 PM | Debt Encumbrance | ($38.21) | XFLXD075 - 4863 | | |
| 7/14/2023 12:06:19 PM | Western Union | $191.05 | 33323195 | | $193.80 |
| 7/12/2023 10:33:10 AM | Sales - No FP (Non-FP Session) | ($7.25) | 20 | | $2.75 |
| 7/1/2023 12:10:41 AM | PLRA Payment | ($10.00) | XFLXD075 | 2386 | $10.00 |
| 7/1/2023 12:10:41 AM | PLRA Payment | ($2.76) | XFLXD076 | 2385 | $20.00 |
| 7/1/2023 12:10:41 AM | Debt Encumbrance - Released | $10.00 | XFLXD076 - 4473 | | |
| 7/1/2023 12:10:41 AM | Debt Encumbrance - Released | $10.00 | XFLXD075 - 4472 | | |
| 6/30/2023 8:52:10 AM | TRUL Withdrawal | ($10.00) | TL0630 | | $22.76 |
| 6/28/2023 9:48:54 AM | Sales - No FP (Non-FP Session) | ($20.85) | 17 | | $32.76 |
| 6/9/2023 8:17:04 AM | FRP Quarterly Pymt | ($25.00) | YFRP0623 | | $53.61 |
| 6/8/2023 5:00:46 AM | Debt Encumbrance | ($10.00) | XFLXD076 - 4473 | | |
| 6/8/2023 5:00:46 AM | Debt Encumbrance | ($10.00) | XFLXD075 - 4472 | | |
| 6/8/2023 5:00:46 AM | Lockbox - CD | $50.00 | 70185401 | | $78.61 |
| 6/7/2023 9:41:00 AM | Sales - No FP (Non-FP Session) | ($9.50) | 13 | | $28.61 |
| 6/1/2023 12:10:49 AM | PLRA Payment | ($18.00) | XFLXD075 | 2141 | $38.11 |
| 6/1/2023 12:10:49 AM | PLRA Payment | ($18.00) | XFLXD076 | 2140 | $56.11 |
| 6/1/2023 12:10:49 AM | Debt Encumbrance - Released | $8.00 | XFLXD076 - 4309 | | |
| 6/1/2023 12:10:49 AM | Debt Encumbrance - Released | $8.00 | XFLXD075 - 4308 | | |
| 6/1/2023 12:10:49 AM | Debt Encumbrance - Released | $10.00 | XFLXD076 - 4110 | | |
| 6/1/2023 12:10:49 AM | Debt Encumbrance - Released | $10.00 | XFLXD075 - 4109 | | |
| 5/31/2023 10:10:39 AM | Court Fees | ($389.00) | | 2119 | $74.11 |
| 5/24/2023 10:03:15 AM | Sales - No FP (Non-FP Session) | ($2.90) | 22 | | $463.11 |
| 5/23/2023 1:57:43 PM | Debt Encumbrance | ($8.00) | XFLXD076 - 4309 | | |
| 5/23/2023 1:57:43 PM | Debt Encumbrance | ($8.00) | XFLXD075 - 4308 | | |
| 5/23/2023 1:57:43 PM | Payroll - FSA | $40.00 | YFSA0523 | | $466.01 |
| 5/17/2023 9:26:40 AM | Sales - No FP (Non-FP Session) | ($17.95) | 20 | | $426.01 |
| 5/8/2023 5:01:10 AM | Debt Encumbrance | ($10.00) | XFLXD076 - 4110 | | |
| 5/8/2023 5:01:10 AM | Debt Encumbrance | ($10.00) | XFLXD075 - 4109 | | |
| 5/8/2023 5:01:10 AM | Lockbox - CD | $50.00 | 70183203 | | $443.96 |
| 5/3/2023 9:02:51 AM | Sales - No FP (Non-FP Session) | ($13.05) | 20 | | $393.96 |
| 5/2/2023 4:30:09 AM | Court Fees | $389.00 | 1510-C | | $407.01 |

1 2 3

## 2.

### All Transactions

**PRINT**

| | |
|---|---|
| Inmate Reg #: | 4362985t |
| Inmate Name: | MOHAMED KHALFAN |
| Report Date: | 02/02/2024 |
| Report Time: | 1:51:59 PM |

| | |
|---|---|
| Current Institution: | Florence FCC |
| Housing Unit: | F 2 Bhx/a |
| Living Quarters: | B01-311L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/23/2023 12:06:37 PM | Debt Encumbrance | ($10.00) | XFLXD075 - 351 | | |
| 10/23/2023 12:06:37 PM | Western Union | $50.00 | 33323296 | | $130.93 |
| 10/18/2023 8:55:18 AM | FRP Treasury Pymt | ($25.00) | | 140 | $80.93 |
| 10/10/2023 2:13:13 PM | Sales - No FP (Non-FP Session) | ($20.90) | 61 | | $105.93 |
| 10/9/2023 5:00:49 AM | Debt Encumbrance | ($10.00) | YFLXD196 - 92 | | |
| 10/9/2023 5:00:49 AM | Debt Encumbrance | ($10.00) | XFLXD076 - 91 | | |
| 10/9/2023 5:00:49 AM | Debt Encumbrance | ($10.00) | XFLXD075 - 90 | | |
| 10/9/2023 5:00:49 AM | Lockbox - CD | $50.00 | 70193803 | | $126.83 |
| 10/5/2023 12:37:39 PM | TRUL Withdrawal | ($5.00) | TL1005 | | $76.83 |
| 10/1/2023 12:06:39 PM | Debt Encumbrance | ($10.00) | YFLXD196 - 3 | | |
| 10/1/2023 12:06:39 PM | Debt Encumbrance | ($10.00) | XFLXD076 - 2 | | |
| 10/1/2023 12:06:39 PM | Debt Encumbrance | ($10.00) | XFLXD075 - 1 | | |
| 10/1/2023 12:06:39 PM | Western Union | $50.00 | 33323274 | | $81.83 |
| 10/1/2023 12:10:42 AM | PLRA Payment | ($10.00) | XFLXD075 | 25 | $31.83 |
| 10/1/2023 12:10:42 AM | PLRA Payment | ($10.00) | XFLXD076 | 24 | $41.83 |
| 10/1/2023 12:10:42 AM | PLRA Payment | ($10.00) | YFLXD196 | 23 | $51.83 |
| 10/1/2023 12:10:42 AM | Debt Encumbrance - Released | $10.00 | YFLXD196 - 5731 | | |
| 10/1/2023 12:10:42 AM | Debt Encumbrance - Released | $10.00 | XFLXD076 - 5730 | | |
| 10/1/2023 12:10:42 AM | Debt Encumbrance - Released | $10.00 | XFLXD075 - 5729 | | |
| 9/11/2023 8:54:30 AM | Debt Encumbrance | ($10.00) | YFLXD196 - 5731 | | |
| 9/11/2023 8:54:30 AM | Debt Encumbrance | ($10.00) | XFLXD076 - 5730 | | |
| 9/11/2023 8:54:30 AM | Debt Encumbrance | ($10.00) | XFLXD075 - 5729 | | |
| 9/11/2023 8:54:30 AM | Lockbox - CD | $50.00 | 70191803 | | $61.83 |
| 9/8/2023 9:12:45 AM | FRP Quarterly Pymt | $0.00 | YFRP0923 | | $11.83 |
| 9/1/2023 9:26:49 AM | TRUL Withdrawal | ($10.00) | TL0901 | | $11.83 |
| 9/1/2023 12:10:52 AM | PLRA Payment | ($28.00) | XFLXD075 | 2870 | $21.83 |
| 9/1/2023 12:10:52 AM | PLRA Payment | ($28.00) | XFLXD076 | 2869 | $49.83 |
| 9/1/2023 12:10:52 AM | Debt Encumbrance - Released | $8.00 | XFLXD076 - 5450 | | |
| 9/1/2023 12:10:52 AM | Debt Encumbrance - Released | $8.00 | XFLXD075 - 5449 | | |
| 9/1/2023 12:10:52 AM | Debt Encumbrance - Released | $10.00 | XFLXD076 - 5208 | | |
| 9/1/2023 12:10:52 AM | Debt Encumbrance - Released | $10.00 | XFLXD075 - 5207 | | |
| 9/1/2023 12:10:52 AM | Debt Encumbrance - Released | $10.00 | XFLXD076 - 5197 | | |
| 9/1/2023 12:10:52 AM | Debt Encumbrance - Released | $10.00 | XFLXD075 - 5196 | | |
| 8/22/2023 12:51:59 PM | Initial PLRA Pymt | ($13.00) | YFLXD196 | 2799 | $77.83 |
| 8/21/2023 2:51:29 PM | Debt Encumbrance | ($8.00) | XFLXD076 - 5450 | | |
| 8/21/2023 2:51:29 PM | Debt Encumbrance | ($8.00) | XFLXD075 - 5449 | | |
| 8/21/2023 2:51:29 PM | Payroll - FSA | $40.00 | YFSA0823 | | $90.83 |
| 8/16/2023 10:10:26 AM | Sales - No FP (Non-FP Session) | ($13.80) | 22 | | $50.83 |
| 8/13/2023 11:24:12 AM | TRUL Withdrawal | ($10.00) | TL0813 | | $64.63 |
| 8/9/2023 8:51:03 AM | Sales - No FP (Non-FP Session) | ($27.75) | 23 | | $74.63 |
| 8/7/2023 10:06:55 AM | Debt Encumbrance | ($10.00) | XFLXD076 - 5208 | | |
| 8/7/2023 10:06:55 AM | Debt Encumbrance | ($10.00) | XFLXD075 - 5207 | | |
| 8/7/2023 10:06:55 AM | Western Union | $50.00 | 33323219 | | $102.38 |
| 8/7/2023 5:01:06 AM | Debt Encumbrance | ($10.00) | XFLXD076 - 5197 | | |
| 8/7/2023 5:01:06 AM | Debt Encumbrance | ($10.00) | XFLXD075 - 5196 | | |
| 8/7/2023 5:01:06 AM | Lockbox - CD | $50.00 | 70189403 | | $52.38 |
| 8/3/2023 10:33:09 AM | TRUL Withdrawal | ($10.00) | TL0803 | | $2.38 |
| 8/2/2023 12:38:12 PM | TRUL Withdrawal | ($10.00) | TL0802 | | $12.38 |
| 8/2/2023 9:07:25 AM | Sales - No FP (Non-FP Session) | ($125.00) | 8 | | $22.38 |

Generated: Nov 8, 2023 8:48AM

3



## U.S. District Court

### District of Colorado

Receipt Date: Nov 8, 2023 8:48AM

Joyce E Rosendahl

Rcpt. No: 108786       Trans. Date: Nov 8, 2023 8:48AM       Cashier ID: #EF

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX120CV002516 /001<br>KHALFAN KHARMIS MOHAMED<br>**FBO:** Khalfan Kharmis Mohamed | 1 | 60.95 | 60.95 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $60.95 |

Total Due Prior to Payment: $60.95

Total Tendered: $60.95

Total Cash Received: $0.00

Cash Change Amount: $0.00

Comments: PLRA filing fee 20-cv-2516-RBJ-MDB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



Generated: Nov 7, 2023 1:36PM

Page 1/1

## U.S. District Court

### District of Colorado

Receipt Date: Nov 7, 2023 1:36PM

Joyce E Rosendahl

Rcpt. No: 108783          Trans. Date: Nov 7, 2023 1:36PM          Cashier ID: #TG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX121CV002676 /001 KHALFAN KHAMIS MOHAMED | 1 | 50.25 | 50.25 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CC | Credit Card | | $50.25 |
| | | Total Due Prior to Payment: | $50.25 |
| | | Total Tendered: | $50.25 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

Comments: PLRA fee FBO: KHALFAN KHAMIS MOHAMED 21-cv-02676-NYW-MDB.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



5

**FLORENCE, COLORADO**
**INFORMAL RESOLUTION FORM**

<u>Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.</u>

Inmate Name: Mohamed Khalfan          Reg. No. 44623-054
Unit: B/A                              Date: 12.19.23

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), <u>you must attempt to informally resolve your complaint</u> through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues):
The Trust Funds Practice sending money to the court for court fees even though all the fees for 7-cases are have been completely and fully paid. So the keeping sending the money I constitute wasting of my money unnecessarily. The practice is in violation of my constitutional right.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: The Trust Funds stop sending the money to the court... I've completed the payment...

Inmate's Signature: Mohammed                Date: 12.19.23
Counselor's Signature: Trust Fund  doc      Date: 11.20.23
Department Involved: Trust Fund   Date Assigned: 11-20-23  Due Date: 12.23.23

Department's Response regarding Complaint: You must provide proof of payment otherwise, payments will continue in accordance with the court order.

Department Head Signature: K Dell         Date: 12/20/23
Unit Manager's Review: _____        Date: 11/20/23
Informally Resolved: _____          Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12\18\23 | 12\19\23 | | 12/29/23 | Received Admin Remedies |
| TIME | | | | | |
| COUNSELOR | A | | | | JAN 05 2024 |

FCC 1330.18A          Administrative Remedy Program          USP Attachment Florence

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

6

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mohamed Khalfan       44-623-054   B/A,111    U.S.P.
  LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Part A– INMATE REQUEST The Trust Funds has been sending my money to
court even though I've paid off all court Fee for my 3-cases.
- I'm asking that Trust Funds stop sending money to the court
and refund back all additional/extra money it sent to the court
- Sending extra money is violation of my rights and contrary to the
PLRA requirements.
- I've 3- civil cases:
1- Mohamed V. English, No. 1:22-cv-03213-GPG-MDB .: The Trust Funds sent
$390+ in mid 2023 per my request. Then it sent the reminder of the fee in Sept,
or Oct-2023. The 2-payments completed the $402 court fee. Yet, Trust Fund
sent $30.00+$10.00 For No Reason.
2- Mohamed V. Jones No.20-cv-2516-RBJ-MDB: My attorney paid off the last $60.95
on Nov-8, 2023. Yet, Trust Fund still continue to pay. See the fee receipt attached here
3- Mohamed V. Santisteven No.21-cv-2676-MDB-My attorney paid of the last $50.25
on Nov-8, 2023. See receipt, attached here. Again, Trust Fund still send money to court
- The Trust Fund must stop its malicious, illegal practice now.

  12-28-23                                     Mohammed
  DATE                                  SIGNATURE OF REQUESTER

Part B– RESPONSE

Received
Admin Remedies

JAN 0 5 2024

USP Florence

See Attached Response

_____                    _____
  DATE                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1186077-F1

                                              CASE NUMBER: _____

Part C– RECEIPT

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                    _____
  DATE                             RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

7-

**MOHAMED, Khalfan**
**Reg. No. 44623-054**

**BP-229 RESPONSE**
**Case Number: 1186077-F1**

Your Request for Administrative Remedy dated December 28, 2023, and received in this office on January 5, 2024, has been reviewed. You allege Trust Fund is sending your money to the Court when you have already paid your Court fees. As relief, you request Trust Fund stop sending your money to court.

A review of the issue(s) raised in your Request for Administrative Remedy has been conducted. The result of the review revealed Case Number 21-CU-02676-GPG has been paid in full. If there are any extra payments made, the Court will refund the money. The system should not make any additional payments on this particular case obligation. Case Number 22-CV-03213-GPG has a remaining balance if 287.70 dollars. Your money will continue to be deducted for this, as long as funds are available.

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____
M. Starr, Warden

_____
Date   1/30/24

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

8

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mohamed Khalfan K__    __44623-054__    __B/A, III__    __U.S.P. High__
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** The Trust Funds has been sending my money to court even after I've paid off all the fees, of 3-cases.
— I ask the Trust Funds stop sending money, and return my extra money it had enappropriately sent to the Court.
— Sending extra money is violation of my const. rights as well as violation of the statute, PLRA itself.
— my 3-cases:
1- Mohamed v. English, NO. 1:22-CV-03213-GPG-MDB: I've fully paid the fee at this case. Trust Fund sent $389.00 on 5.31.23, and $13.00 on 8.22.23 (initial payment). That make entire $402.00 court Fees. It's incorrect that there's 287.70 balance.
2-3: Mohamed v. Jones, No. 20-CV-2516-RBJ-MDB, and Mohamed v. Sgnt Steven, No. 21-CV-02676-NYW-MDB: These cases, my attorney paid off the last balance on 11.8.23. See the attached receipts. The Trust Fund must stop giving away my money.

__2.5.2024__                               __Mohamed__
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

_____           _____
           DATE                                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE              CASE NUMBER: __1186077-R1__

**Part C - RECEIPT**

                                          CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____           _____
           DATE                           SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**



**Regional Administrative Remedy Appeal**
**Part B - Response**

---

**Administrative Remedy Number:**   1186077-R1

---

This is in response to your Regional Administrative Remedy Appeal received February 20, 2024, in which you are requesting for payments towards your court fees be ceased.  You claim all fees have been paid in full.

We have reviewed your appeal and the Warden's response dated January 30, 2024.  The Inmate Financial Responsibility Program (IFRP) is predicated upon several pieces of legislation requiring a diligent effort on the part of law enforcement officials to collect court-ordered financial obligations.  As of the date of this writing, these laws have not been repealed or amended, and they continue to require a diligent effort by staff to collect funds.  Program Statement 5380.08, Financial Responsibility Program, Inmate, states, if you have sufficient resources, you must make the minimum $25.00 quarterly payment to be considered in Participation status.  Further, Temporarily Exempt status is an exemption from participation for an inmate who is unable to participate adequately toward satisfaction of the obligation, ordinarily because of medical or psychological restrictions which prevent the inmate from working.  This assignment is at the Unit Team's discretion and may also be used for an inmate who is unable to secure employment in UNICOR or advance beyond maintenance pay due to conditions beyond the inmate's control.

Currently, you have an outstanding financial obligation balance of $33,816,191.75 for restitution, as all other financial obligations have been completed or expired.  As such, you signed a new IFRP plan placing you in Participation status as it was determined at a recent program review a $25.00 quarterly payment towards your court-ordered restitution is commensurate as outlined in Program Statement 5380.08. Your IFRP status will be reviewed again at your next regularly scheduled Program Review. You are encouraged to work closely with your unit team to fulfill your financial obligations.

Please be reminded your participation is not mandatory; however, non-participation will be considered as a refusal to participate, and you will not be considered for various program privileges as outlined in policy.  A denial of privileges should not be misconstrued as a denial of your rights.  Institution staff have acted in accordance with agency policy, and the institution's decision is supported.

Based on the above, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.  Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_5/7/24_
_____

Date

_____
Andre Matevousian, Regional Director

# Inmate Statement

PRINT

| Inmate Reg #: | 94623934 | Current Institution: | Florence FCC |
| Inmate Name: | MOHAMED, KHALFAN | Housing Unit: | FLP-I-A |
| Report Date: | 10/07/2024 | Living Quarters: | I02-309L |
| Report Time: | 2:33:15 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 10/7/2024 11:03:16 AM | 31 | | | Sales | $10.95 | | $95.53 |
| FLX | 10/7/2024 11:02:40 AM | 30 | | | Sales | ($28.55) | | $84.58 |
| FLX | 10/7/2024 9:25:24 AM | YFLXD196 - 73 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| FLX | 10/7/2024 9:25:24 AM | 7-V | | | PLRA Payment | $10.00 | | $113.13 |
| FLX | 10/7/2024 8:45:43 AM | 1 | | | Sales | $0.00 | | $103.13 |
| FLX | 10/4/2024 2:06:49 PM | 33324278 | | | Western Union | $50.00 | | $103.13 |
| FLX | 10/4/2024 2:06:49 PM | XFLXD076 - 72 | | | Debt Encumbrance | | ($9.00) | -------- |
| FLX | 10/4/2024 2:06:49 PM | YFLXD196 - 73 | | | Debt Encumbrance | | ($10.00) | -------- |
| FLX | 10/1/2024 12:10:56 AM | YFLXD196 - 5640 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| FLX | 10/1/2024 12:10:56 AM | YFLXD196 | 7 | | PLRA Payment | ($10.00) | | $53.13 |
| FLX | 9/27/2024 9:00:23 AM | TL0927 | | | TRUL Withdrawal | ($10.00) | | $63.13 |
| FLX | 9/24/2024 9:58:28 AM | 50 | | | Sales | ($33.70) | | $73.13 |
| FLX | 9/20/2024 8:02:57 PM | TL0920 | | | TRUL Withdrawal | ($10.00) | | $106.83 |
| FLX | 9/11/2024 8:13:50 AM | 2 | | | Sales | ($26.60) | | $116.83 |
| FLX | 9/10/2024 7:51:41 AM | ZFRP0924 | | | FRP Quarterly Pymt | ($25.00) | | $143.43 |
| FLX | 9/9/2024 7:45:58 PM | TL0909 | | | TRUL Withdrawal | ($10.00) | | $168.43 |
| FLX | 9/4/2024 1:09:05 PM | 2325-V | | | PLRA Payment | $9.00 | | $178.43 |
| FLX | 9/4/2024 5:01:32 AM | 70116401 | | | Lockbox - CD | $50.00 | | $169.43 |
| FLX | 9/4/2024 5:01:32 AM | YFLXD196 - 5640 | | | Debt Encumbrance | | ($10.00) | -------- |
| FLX | 9/2/2024 7:07:03 PM | TL0902 | | | TRUL Withdrawal | ($10.00) | | $119.43 |
| FLX | 9/1/2024 12:10:50 AM | YFLXD196 - 5472 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| FLX | 9/1/2024 12:10:50 AM | XFLXD076 - 5471 | | | Debt Encumbrance - Released | | $9.00 | -------- |
| FLX | 9/1/2024 12:10:50 AM | XFLXD076 | 2325 | | PLRA Payment | ($9.00) | | $129.43 |
| FLX | 9/1/2024 12:10:50 AM | YFLXD196 | 2324 | | PLRA Payment | ($10.00) | | $138.43 |
| FLX | 8/29/2024 11:20:36 AM | TL0829 | | | TRUL Withdrawal | ($10.00) | | $148.43 |
| FLX | 8/29/2024 11:15:58 AM | TL0829 | | | TRUL Withdrawal | ($2.00) | | $158.43 |
| FLX | 8/28/2024 4:30:10 AM | 2140-C | | | PLRA Payment | $10.00 | | $160.43 |
| FLX | 8/19/2024 10:33:44 AM | 3 | | | Sales | ($8.50) | | $150.43 |
| FLX | 8/14/2024 5:00:26 AM | 70115001 | | | Lockbox - CD | $50.00 | | $158.93 |
| FLX | 8/14/2024 5:00:26 AM | XFLXD076 - 5471 | | | Debt Encumbrance | | ($9.00) | -------- |
| FLX | 8/14/2024 5:00:26 AM | YFLXD196 - 5472 | | | Debt Encumbrance | | ($10.00) | -------- |
| FLX | 8/12/2024 1:58:09 PM | ZICP0824 | | | Inmate Co-pay | ($2.00) | | $108.93 |
| FLX | 8/7/2024 10:28:40 AM | 21 | | | Sales | ($34.85) | | $110.93 |
| FLX | 8/6/2024 8:02:22 PM | TL0806 | | | TRUL Withdrawal | ($10.00) | | $145.78 |
| FLX | 8/1/2024 12:10:41 AM | YFLXD196 - 4981 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| FLX | 8/1/2024 12:10:41 AM | YFLXD196 | 2140 | | PLRA Payment | ($10.00) | | $155.78 |
| FLX | 7/25/2024 4:30:00 AM | 1578-C | | | PLRA Payment | $10.00 | | $156.78 |
| FLX | 7/25/2024 4:30:00 AM | 1579-C | | | PLRA Payment | $9.00 | | $165.78 |
| FLX | 7/24/2024 10:17:19 AM | TL0724 | | | TRUL Withdrawal | ($10.00) | | $146.78 |

| FLX | 7/22/2024 8:49:34 AM | 8 | Sales | ($33.55) | $156.78 |
|-----|---------------------|---|-------|----------|---------|
| FLX | 7/17/2024 5:00:20 AM | 70113001 | Lockbox - CD | $50.00 | $190.33 |
| FLX | 7/17/2024 5:00:20 AM | YFLXD196 - 4981 | Debt Encumbrance | ($10.00) | -------- |
| FLX | 7/10/2024 10:59:09 AM | ZICP0724 | Inmate Co-pay | ($2.00) | $140.33 |
| FLX | 7/10/2024 10:38:37 AM | 4 | Sales | ($28.65) | $142.33 |
| FLX | 7/7/2024 5:37:46 PM | TL0707 | TRUL Withdrawal | ($10.00) | $170.98 |
| FLX | 7/6/2024 4:30:09 AM | 1831-C | PLRA Payment | $10.00 | $180.98 |
| FLX | 6/26/2024 10:25:33 AM | TL0626 | TRUL Withdrawal | ($10.00) | $170.98 |
| FLX | 6/17/2024 5:00:28 AM | 70111003 | Lockbox - CD | $50.00 | $180.98 |
| FLX | 6/14/2024 8:01:46 AM | 15 | Sales | ($51.80) | $130.98 |
| FLX | 6/10/2024 7:44:57 AM | ZFRP0624 | FRP Quarterly Pymt | ($25.00) | $182.78 |

1 2 3

**Total Transactions: 115**

|  | Totals: | $85.53 | ($9.00) |
|--|---------|--------|---------|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|-----------|-------------------|---------------------|------------------|-----------------|-------------------|-------------------------|----------------------|-----------------|
| FLX | $86.53 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 | $95.53 |
| **Totals:** | **$86.53** | **$0.00** | **$9.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$95.53** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|----------------------------|-------------------------------|-------------------------------------|----------------------------------|--------------------------------|-----------------------------------|----------------------------------|
| $350.00 | $523.50 | $184.20 | $178.43 | $100.34 | N/A | N/A |

# Inmate Statement

| Inmate Reg #: | 40625054 | | Current Institution: | Florence FCC |
| Inmate Name: | MOHAMED, KHALFAN | | Housing Unit: | FLP-H-A |
| Report Date: | 30-07-2024 | | Living Quarters: | H01-103L |
| Report Time: | 2:34:54 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 6/1/2024 12:10:40 AM | YFLXD196 - 3516 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| FLX | 6/1/2024 12:10:40 AM | YFLXD196 | 1831 | | PLRA Payment | ($10.00) | | $207.78 |
| FLX | 5/30/2024 7:37:16 PM | TL0530 | | | TRUL Withdrawal | ($10.00) | | $217.78 |
| FLX | 5/27/2024 12:36:48 PM | TL0527 | | | TRUL Withdrawal | ($10.00) | | $227.78 |
| FLX | 5/24/2024 7:56:12 PM | TL0524 | | | TRUL Withdrawal | ($10.00) | | $237.78 |
| FLX | 5/24/2024 6:46:52 PM | TL0524 | | | TRUL Withdrawal | ($10.00) | | $247.78 |
| FLX | 5/20/2024 10:27:04 AM | 9 | | | Sales | ($27.85) | | $257.78 |
| FLX | 5/17/2024 2:07:12 PM | TL0517 | | | TRUL Withdrawal | ($10.00) | | $285.63 |
| FLX | 5/10/2024 11:51:44 AM | TL0510 | | | TRUL Withdrawal | ($5.00) | | $295.63 |
| FLX | 5/10/2024 4:30:01 AM | 1359-C | | | PLRA Payment | $24.00 | | $300.63 |
| FLX | 5/8/2024 5:00:18 AM | 70108301 | | | Lockbox - CD | $50.00 | | $276.63 |
| FLX | 5/8/2024 5:00:18 AM | YFLXD196 - 3516 | | | Debt Encumbrance | | ($10.00) | -------- |
| FLX | 5/6/2024 12:22:29 PM | 10 | | | Sales | ($10.45) | | $226.63 |
| FLX | 5/1/2024 12:10:59 AM | YFLXD196 - 2953 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| FLX | 5/1/2024 12:10:59 AM | XFLXD076 - 2952 | | | Debt Encumbrance - Released | | $9.00 | -------- |
| FLX | 5/1/2024 12:10:59 AM | XFLXD076 | 1579 | | PLRA Payment | ($9.00) | | $237.08 |
| FLX | 5/1/2024 12:10:59 AM | YFLXD196 | 1578 | | PLRA Payment | ($10.00) | | $246.08 |
| FLX | 4/28/2024 8:26:30 AM | TL0428 | | | TRUL Withdrawal | ($5.00) | | $256.08 |
| FLX | 4/22/2024 12:23:02 PM | 18 | | | Sales | ($38.85) | | $261.08 |
| FLX | 4/10/2024 5:00:50 AM | 70106301 | | | Lockbox - CD | $50.00 | | $299.93 |
| FLX | 4/10/2024 5:00:50 AM | XFLXD076 - 2952 | | | Debt Encumbrance | | ($9.00) | -------- |
| FLX | 4/10/2024 5:00:50 AM | YFLXD196 - 2953 | | | Debt Encumbrance | | ($10.00) | -------- |
| FLX | 4/8/2024 12:33:56 PM | 9 | | | Sales | ($19.10) | | $249.93 |
| FLX | 4/4/2024 4:30:05 AM | 1154-C | | | PLRA Payment | $50.00 | | $260.03 |
| FLX | 4/4/2024 4:30:05 AM | 1155-C | | | PLRA Payment | $9.00 | | $269.03 |
| FLX | 4/3/2024 2:20:17 PM | TL0403 | | | TRUL Withdrawal | ($10.00) | | $210.03 |
| FLX | 4/1/2024 12:10:50 AM | YFLXD196 - 2155 | | | Debt Encumbrance - Released | | $14.00 | -------- |
| FLX | 4/1/2024 12:10:50 AM | YFLXD196 - 2170 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| FLX | 4/1/2024 12:10:50 AM | YFLXD196 | 1359 | | PLRA Payment | ($24.00) | | $220.03 |
| FLX | 3/26/2024 1:34:57 PM | 18 | | | Sales | ($36.10) | | $244.03 |
| FLX | 3/8/2024 11:06:05 AM | ZFRP0324 | | | FRP Quarterly Pymt | ($25.00) | | $280.13 |
| FLX | 3/7/2024 9:52:27 AM | TL0307 | | | TRUL Withdrawal | ($10.00) | | $305.13 |
| FLX | 3/7/2024 5:00:54 AM | 70103901 | | | Lockbox - CD | $50.00 | | $315.13 |
| FLX | 3/7/2024 5:00:54 AM | YFLXD196 - 2170 | | | Debt Encumbrance | | ($10.00) | -------- |
| FLX | 3/6/2024 8:04:02 PM | TL0306 | | | TRUL Withdrawal | ($10.00) | | $265.13 |
| FLX | 3/5/2024 8:06:24 PM | 33324065 | | | Western Union | $70.00 | | $275.13 |
| FLX | 3/5/2024 8:06:24 PM | YFLXD196 - 2155 | | | Debt Encumbrance | | ($14.00) | -------- |
| FLX | 3/4/2024 12:59:21 PM | 23 | | | Sales | ($17.15) | | $205.13 |
| FLX | 3/1/2024 12:10:55 AM | YFLXD196 - 2083 | | | Debt Encumbrance - Released | | $40.00 | -------- |

| | | | | | | |
|---|---|---|---|---|---|---|
| FLX | 3/1/2024 12:10:55 AM | YFLXD196 - 1877 | | Debt Encumbrance - Released | $10.00 | -------- |
| FLX | 3/1/2024 12:10:55 AM | XFLXD076 - 2082 | | Debt Encumbrance - Released | $9.00 | -------- |
| FLX | 3/1/2024 12:10:55 AM | XFLXD076 | 1155 | PLRA Payment | ($9.00) | $222.28 |
| FLX | 3/1/2024 12:10:55 AM | YFLXD196 | 1154 | PLRA Payment | ($50.00) | $231.28 |
| FLX | 2/29/2024 11:06:18 AM | 33324060 | | Western Union | $200.00 | $281.28 |
| FLX | 2/29/2024 11:06:18 AM | XFLXD076 - 2082 | | Debt Encumbrance | ($9.00) | -------- |
| FLX | 2/29/2024 11:06:18 AM | YFLXD196 - 2083 | | Debt Encumbrance | ($40.00) | -------- |
| FLX | 2/28/2024 4:30:07 AM | 874-C | | PLRA Payment | $10.00 | $72.28 |
| FLX | 2/28/2024 4:30:07 AM | 875-C | | PLRA Payment | $9.00 | $81.28 |
| FLX | 2/20/2024 10:28:46 AM | 12 | | Sales | ($1.60) | $62.28 |
| FLX | 2/15/2024 5:00:15 AM | 70102501 | | Lockbox - CD | $50.00 | $63.88 |

1 2 3

**Total Transactions: 115**

| | | |
|---|---|---|
| **Totals:** | **$85.53** | **($9.00)** |

---

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $86.53 | $0.00 | $9.00 | $0.00 | $0.00 | $0.00 | $0.00 | $95.53 |
| **Totals:** | **$86.53** | **$0.00** | **$9.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$95.53** |

---

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

14

## Plaintiff's Declaration in support of His Rule 65(a)(b) Motion

1- I, Khalfan Khi Mohamed, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statement is true and correct:

2- After completing the Court Fees in English, I asked my attorney to pay on my behalf the remaining amount in Mohamed v. Jones and Mohamed v. U. States (Santi Steven). She did that in Nov. 7, 2023.

3- I requested the above request because I needed the monthly $50.00 that another attorney sends me for my essential needs. From that money I purchase food and other items from Commissary, I purchase TruLinks for my copies (case laws, statutes...), I pay for legal copies (from the unit Team staff), I make my quarterly IFRP payment..., and order some books...

4- Without the $ I get, my life becomes too hard... The ADX practice of splitting the $50.00, unnecessarily, deprives me of managing my essential needs in various purchases in a timely manner... Even though I was hopping to be able buying some legal and religious books after my attorney made the last payment, I haven't be able to do that. That's because the BOP keep sending my money, unnecessarily, to the court.

5- After my attorney made the last payments for the two cases in Nov. 2023, I've repeatedly talked and corresponded with number of staff to get the Trust Funds stop sending my money to the court. Among those staff are: counselor, Ms. Lois, and then Mr. Paulman who replaced her. I've also written to the unit manager, Mr. Lazaruk, and to Ms. Dell, the Trust Fund supervisor. Beside talking to counselors, I've also provided them the copy of receipts that show that the last payment for the two cases was made on Nov. 7, 2023. They sent the copy to Trust Funds.

6- I also filed ADs. With my ADs appeals, I attached the copy of receipts as well the Trust Fund Record to prove that the payment of the three cases/Court Fees is completed.

7- I've never received the BP. 11 (last level AD) response to date, however.

8- Without the Court's order here, I'll continue to face unnecessary financial hardship since I depends on the $50.00 dollar.

Dated: Oct. 9, 2024                    s/ Mohammed

Khalfan Kh. Mohammed, # 44423-054
U.S.P.-High, PO Box 7000
Florence, CO 81226

Office of the Clerk
United States District Court
901-19th St., Room A105
Denver, CO 80244-3589

Legal Mail







FEDERAL PRISON CAMP
P.O. BOX 6000
FLORENCE, COLORADO 81226    OCT 09 2024

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or a problem over which this facility has jurisdiction, you may
wish to return this material for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address

legal mail.