# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03213-GPG-MDB

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

ENGLISH, in his individual and official capacities,
HARVEY, in his individual and official capacities,
WIESE, in his individual and official capacities, and
CIOLLI, in his individual and official capacities,

    Defendants.

---

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY
## TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF (ECF No. 92)

---

    Defendants English, Harvey, Wiese, and Ciolli (together, "Defendants") respectfully request that the Court extend their deadline to reply to "Plaintiff's Rule 65(a)(b) Motion for Court's Order Instructing The BOP To Stop Deducting Plaintiffs Funds For The Filing Fees That Plaintiff Has Already Completed Paying The Required Amount," ECF No. 92 (filed 10/15/24), by fourteen days, through and including November 19, 2024.  Because Plaintiff is a pro se prisoner, undersigned counsel did not confer with him regarding this motion. *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to the duty to confer in "a motion filed in a case involving an unrepresented prisoner"). There is good cause for this request, as set forth below.

    1.    The Court entered final judgment in this case on September 30, 2024. ECF No. 90.

1

2. Approximately two weeks later, Plaintiff filed a motion seeking an order for the Federal Bureau of Prisons ("BOP") to stop deducting money from his account to pay his court fees related to three federal court actions—this action and two others. ECF No. 92 at 4. Plaintiff states that he "doesn't entirely understand the numbers" on his financial statement, and that "[i]t appears that at least some money [was] sent back to Plaintiff's account after being sent to the court." Id. at 3. He contends that he has paid his court fees in full for all three cases. Id. at 1.

3. Defendants' response, under a normal briefing schedule, would be due November 5, 2024.

4. Plaintiff's complaint in this action did not concern overpayment of court fees, the subject matter of his present motion. Essentially, the motion raises new claims, involving new facts not previously a part of this case, which has reached a final judgment. Moreover, Plaintiff's motion concerns not only fees associated with this action but two unrelated matters.

5. Although the subject matter of Plaintiff's motion is unrelated to the underlying case, the BOP is nevertheless investigating Plaintiff's new allegations and reviewing Plaintiff's account history so that it can formulate a response to present to the Court. BOP staff is also working with Court staff to confirm matters related to Plaintiff's court fees and any alleged overpayment.

6. Defendants request a fourteen-day extension to gather and confirm relevant facts and prepare a response.

7. The requested extension will not prejudice Plaintiff. The extension will not

affect any other dates currently set in this case, as final judgment has already entered.

8. Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that this is Defendants' first requested extension of time to reply to Plaintiff's motion.

9. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Plaintiff and upon an agency representative for Defendants, as noted in the Certificate of Service.

10. Accordingly, for the reasons set forth above, Defendants request that Court extend their deadline to reply to Plaintiff's motion, ECF No. 92, by fourteen days, through and including November 19, 2024.

Respectfully submitted on October 31, 2024.

MATTHEW T. KIRSCH
Acting United States Attorney

s/ Thomas A. Isler
**Thomas A. Isler**
Assistant United States Attorney
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0336
Email: thomas.isler@usdoj.gov
*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and directed personnel in the United States Attorney's Office to serve the foregoing document on the following non-CM/ECF participant by U.S. mail:

Khalfan Khamis Mohamed
#44623-054
Florence High
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 7000
Florence, CO 81226
Pro Se Plaintiff

I further certify that on October 31, 2024, I sent the foregoing via e-mail to Bureau of Prisons senior attorney advisor, A. Powell.

s/ Thomas A. Isler
**Thomas A. Isler**
Assistant United States Attorney